## Count VIII
### (Conversion)

94. Plaintiffs hereby incorporate by reference the allegations contained in Paragraphs 1 through 94 as if fully stated herein.

95. By his actions referenced above, another employee has wrongfully converted property belonging to ACP.

96. As a direct and proximate result of another employee's wrongful conversion, Plaintiffs have been damaged and will be irreparably harmed.

## Count IX
### (Violation of Mass. Gen. L. ch. 93A)

97. Plaintiffs hereby incorporate by reference the allegations contained in Paragraphs 1 through 96 as if fully stated herein.

98. Plaintiffs, at all times relevant hereto, were engaged in the conduct of trader commerce within the meaning of Mass. Gen. L. ch. 93A, §11.

99. Defendants were and are engaged in the conduct of trade or commerce within the meaning of Mass. Gen. L. ch. 93A, §11.

100. The acts and practices alleged above constitute unfair and/or deceptive trade practices in violation of Mass. Gen. L. ch. 93A.

101. As a direct and approximate result of Defendants' deceptive acts or practices, Plaintiffs have suffered damages and will be irreparably harmed.

## Jury Demand

Plaintiffs hereby demand a trial by jury on all issues and counts that are so triable.

WHEREFORE, Plaintiffs respectfully request that this Court grant the following relief:

- A. Issue an Order to the Defendants requiring them to appear and show cause as to why the Plaintiffs are not entitled to a preliminary injunction against the Defendants for their continued infringement, inducing of infringement, and contributing to the infringement of the '760 Patent;

- B. Issue a preliminary and permanent injunction against Defendants' continued infringement, inducing of infringement, and contributory infringement of the '760 Patent;

- C. Issue an Order temporarily and preliminarily enjoining, for a period of three (3) years from the date this Order is entered or until further Order of the Court:

    1. Anthony Biscotti, his agents, attorneys, successors and assigns, or anyone acting directly or indirectly on his behalf, from: (i) soliciting, contacting or accepting business from any World Wide customer or account; and (ii) using or disclosing Plaintiffs' Confidential Information;

    2. NCG, its agents, attorneys, successors and assigns, or anyone acting directly or indirectly on its behalf, from: (i) soliciting, contacting or accepting business from any World Wide customer or account; and (ii) using or disclosing Plaintiffs' Confidential Information.

- D. Issue an award of damages in favor of Plaintiffs against Defendants sufficient to compensate Plaintiffs for Defendants' infringement of the '760 Patent pursuant to 35 U.S.C. §284, and in no event less than a reasonable royalty for Defendants' use of the invention, and an assessment of prejudgment interest and post-judgment interest;

- E. Issue a finding by the Court that Defendants' infringement of the '760 Patent is willful, and an award of enhanced damages of up to three times the amount found or assessed pursuant to 35 U.S.C. §284;

- F. Issue a finding by the Court that this case is exceptional under 25 U.S.C. §285;

- G. Issue an award to Plaintiffs of their reasonable expenses, including attorneys' fees, and costs of this action;

{14154\69301\A0072818.1}

H. Award the Plaintiffs judgment and damages sufficient to compensate the Plaintiffs for Defendants' misuse of the confidential and trade secret information; and

I. Grant such other and further relief as this Court deems just and proper.

> Respectfully submitted,
> WORLD WIDE MEDICAL
> TECHNOLOGIES, LLC, ADVANCED
> CARE PHARMACY, INC., GARY A.
> LAMOUREUX AND RICHARD A.
> TERWILLIGER
> By their Attorneys,
>
> _____
> George R. Moore, BBO #656102
> Mark J. Sampson, BBO #552808
> DEVINE, MILLIMET & BRANCH, PA
> 300 Brickstone Square, 9th Floor
> P.O. Box 39
> Andover, MA 01810
> (978) 475-9100

{14154\69301\A0072818.1}

22

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) World Wide Medical Technologies, LLC
   v. Anthony D. Biscotti

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

   I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   II.  195, 368, 400, 440, 441-444, 540, 550, 625, 710, 720, 730,
        740, 790, 791, 820, 830, 840, 850, 890, 892-894, 895, 950.

   III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
        315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
        380, 385, 450, 891.

   IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
        690, 810, 861-865, 870, 871, 875, 900.

   V.   150, 152, 153.

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(E)).
   N/A

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT? No.

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? No.
   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY? (SEE 28 USC 2403)

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC 2284? No.

7. DO ALL PARTIES IN THIS ACTION RESIDE IN THE CENTRAL SECTION OF THE DISTRICT OF MASSACHUSETTS (WORCESTER COUNTY) - (SEE LOCAL RULE 40.1(C)). YES_____ OR IN THE WESTERN SECTION (BERKSHIRE, FRANKLIN, HAMPDEN OR HAMPSHIRE COUNTIES)? - (SEE LOCAL RULE 40.1(D)). YES_____

8. DO ALL OF THE PARTIES RESIDING IN MASSACHUSETTS RESIDE IN THE CENTRAL AND/OR WESTERN SECTIONS OF THE DISTRICT? YES_____ (a) IF YES, IN WHICH SECTION DOES THE PLAINTIFF RESIDE?

9. IN WHICH SECTION DO THE ONLY PARTIES RESIDING IN MASSACHUSETTS RESIDE? Eastern Division

10. IF ANY OF THE PARTIES ARE THE UNITED STATES, COMMONWEALTH OF MASSACHUSETTS, OR ANY GOVERNMENTAL AGENCY OF THE U.S.A. OR THE COMMONWEALTH, DO ALL OTHER PARTIES RESIDE IN THE CENTRAL SECTION_____ OR WESTERN SECTION_____

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME George R. Moore, Esquire, BBO#656102
ADDRESS 300 Brickstone Square, 9th Floor, PO Box 39, Andover, MA  01810
TELEPHONE NO. 978-475-9100

(Category.frm - 09/92)

JS 44
(Rev. 3/99)

# CIVIL COVER SHEET

The JS–44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I.(a) PLAINTIFFS** World Wide Medical Technologies, LLC; Advanced Care Pharmacy, Inc.; Gary A. Lamoureux; and Richard A. Terwilliger

**DEFENDANTS** Anthony D. Biscotti and Nuclear Consultants Group, Inc.

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF New Haven County
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT Middlesex County
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
George R. Moore (BBO# 656102), Mark J. Sampson (BBO# 552808)
Devine, Millimet & Branch, PA, PO Box 39
300 Brickstone Square, 9th Floor, Andover, MA 01810
Tel: 978-475-9100

ATTORNEYS (IF KNOWN)
John F. Tocci (BBO# 562139)
Merson & Lee, PC, 171 Milk Street,
Suite 400, Boston, MA 02109
Tel: 617-399-7800

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | | | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☒ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| | | | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | | ☐ 871 IRS — Third Party 26 USC 7609 | |
| | | ☐ 555 Prison Condition | | | |

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Plaintiffs bring this action, inter alia, based on Defendants' patent infringement under 35 U.S.C. §271 et seq.

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

**VIII. RELATED CASE(S)** (See instructions):
**IF ANY**
JUDGE _____ DOCKET NUMBER _____

DATE 7/20/04

SIGNATURE OF ATTORNEY OF RECORD [signature]

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____