UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

WORLD WIDE MEDICAL
TECHNOLOGIES, LLC, ADVANCED
CARE PHARMACY, INC., GARY A.
LAMOUREUX AND RICHARD A.
TERWILLIGER
    Plaintiffs,

v.

ANTHONY D. BISCOTTI AND
NUCLEAR CONSULTANTS GROUP,
INC.
    Defendants.

---

## PLAINTIFFS' EMERGENCY MOTION TO PRESERVE ELECTRONIC AND DIGITAL INFORMATION

Plaintiffs, World Wide Medical Technologies, LLC ("World Wide"), Advanced Care Pharmacy, Inc. ("ACP"), Gary A. Lamoureux ("Lamoureux"), and Richard A. Terwilliger ("Terwilliger") (collectively, the "Plaintiffs"), respectfully move this Court to issue an emergency order requiring Defendants, Nuclear Consultants Group, Inc. ("NCG") and Anthony D. Biscotti ("Biscotti") (collectively, the "Defendants"), to preserve all electronic files (including computer files and e-mail), back-up files and archives, until the close of formal discovery (including discovery conducted during any extension granted by the Court). Plaintiffs seek a protective order in the form attached hereto as Exhibit A because, given the manner in which businesses and individuals communicate today, it is clear that much of the vital information in this dispute is in electronic and digital form, such as e-mails, and most likely was never printed or transcribed on paper. This information likely provides the best evidence of, *inter alia*, defendants' misappropriation of trade secrets and confidential information. Because

{14154\69301\A0072329.1}

electronic and digital evidence is easily and routinely deleted, an Order mandating its preservation is necessary.

In support of this emergency motion, Plaintiffs rely upon the Verified Complaint filed herewith.

WHEREFORE, Plaintiffs, World Wide Medical Technologies, LLC, Advanced Care Pharmacy, Inc., Gary A. Lamoureux, and Richard A. Terwilliger, respectfully request that this Court issue an Order enjoining Defendants from deleting or otherwise destroying any electronic files, including back-up files and archives, until the close of formal discovery (including discovery conducted during any extension granted by the Court) or unless otherwise ordered by the Court.

Respectfully submitted,
WORLD WIDE MEDICAL TECHNOLOGIES, LLC, ADVANCED CARE PHARMACY, INC., GARY A. LAMOUREUX AND RICHARD A. TERWILLIGER
By their Attorneys,

_____
George R. Moore, BBO #656102
Mark J. Sampson, BBO #552808
DEVINE, MILLIMET & BRANCH, PA
300 Brickstone Square, 9th Floor
P.O. Box 39
Andover, MA 01810
(978) 475-9100

{14154\69301\A0072329.1}