UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

WORLD WIDE MEDICAL
TECHNOLOGIES, LLC, ADVANCED
CARE PHARMACY, INC., GARY A.
LAMOUREUX AND RICHARD A.
TERWILLIGER
     Plaintiffs,

v.

ANTHONY D. BISCOTTI AND
NUCLEAR CONSULTANTS GROUP,
INC.
     Defendants.

---

04 11619 NG

## MOTION FOR PRELIMINARY INJUNCTION

Plaintiffs, World Wide Medical Technologies, LLC ("World Wide"), Advanced Care Pharmacy, Inc. ("ACP"), Gary A. Lamoureux ("Lamoureux"), and Richard A. Terwilliger ("Terwilliger") (collectively, the "Plaintiffs"), pursuant to Fed. R. Civ P. 65, hereby move for a preliminary injunction in the form attached hereto as Exhibit A against Defendants, Nuclear Consultants Group, Inc. ("NCG") and Anthony D. Biscotti ("Biscotti") (collectively, the "Defendants"), in accordance with Prayers for Relief B and C as set forth in Plaintiffs' Complaint. In support of this Motion, Plaintiffs rely upon the Complaint, the Affidavits of Richard A. Terwilliger and Charles N. Jacobs, and a Memorandum of Law in Support of Its Motion for Preliminary Injunction to be filed with this Court.

WHEREFORE, Plaintiffs respectfully request that this Court grant their motion in its entirety.

Respectfully submitted,
WORLD WIDE MEDICAL
TECHNOLOGIES, LLC, ADVANCED
CARE PHARMACY, INC., GARY A.
LAMOUREUX AND RICHARD A.
TERWILLIGER
By their Attorneys,

George R. Moore, BBO #656102
Mark J. Sampson, BBO #552808
DEVINE, MILLIMET & BRANCH, PA
300 Brickstone Square, 9th Floor
P.O. Box 39
Andover, MA  01810
(978) 475-9100

{14154\69301\A0072327.1}

2