UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

WORLD WIDE MEDICAL
TECHNOLOGIES, LLC, ADVANCED
CARE PHARMACY, INC., GARY A.
LAMOUREUX AND RICHARD A.
TERWILLIGER
    Plaintiffs,

v.

ANTHONY D. BISCOTTI AND
NUCLEAR CONSULTANTS GROUP,
INC.
    Defendants.

04 11619 NG

### AFFIDAVIT OF CHARLES N. JACOBS

I, Charles N. Jacobs, on oath do depose and say as follows:

1.    I am the Director of Business Development and Strategic Marketing for Advanced Care Pharmacy, Inc. ("ACP") of Oxford, Connecticut.

2.    On May 12, 2004, I attended a meeting sponsored by ESTRO (ABS) in Barcelona, Spain.

3.    While there, I spoke with David Stiles, the Director of Business Development for North American Scientific, Inc. ("NASI"), a long standing customer of World Wide Medical Technologies, LLC ("World Wide") and ACP.

4.    During the meeting, Stiles inquired about a former ACP employee, Anthony Biscotti ("Biscotti"). Stiles stated that Biscotti had recently sent NASI a detailed written solicitation regarding potential consulting services in the development of a "pre-loaded needle and sterilization program" which could be created at the NASI facility in Chasworth, California. I informed Stiles that Biscotti was subject to a

{14154\69301\A0072330.1}

nondisclosure agreement regarding World Wide's technology. I asked Stiles as to whether he would send me a copy of the materials sent by Biscotti to NASI.

5. Shortly thereafter, Stiles sent me a copy of Biscotti's solicitation, a copy of which is attached as Exhibit C to the Complaint for Patent Infringement, Breach of Non-Disclosure Agreement, and Theft of Trade Secrets.

6. On May 28, 2004, I spoke with Marc Moran, the Marketing Manager of Draximage, a long-standing customer of World Wide and ACP. Moran stated that in March of 2004, he received a call from Anthony Biscotti who said that he was now offering his consulting services to equip, teach, and train Draximage in the pre-loading of needles per customer preplans as well as setting them up with sterilization capabilities.

7. On May 28, 2004, I also spoke with John Roesler, the Director of Sales for Theragenics, another customer of World Wide and ACP. Roesler stated that he had recently spoken to Biscotti at an AUA meeting in San Francisco, California, in which Biscotti said that he was now available to provide consulting services to Theragenics. According to Roesler, Biscotti did not specify the types of services he could provide.

8. On June 3, 2004, I spoke with George Harder, the Director of Operations for ISOAID, and Scott Ferguson, ISOAID's Director of Sales. They stated that they had received a call from Biscotti during the past week and that Biscotti was offering his consulting services to equip, teach, and train ISOAID in the pre-loading of needles per customer preplans as well as setting them up with sterilization capabilities.

9. The information set forth herein is based upon my own personal knowledge.

{14154\69301\A0072330.1}

Signed under the pains and penalties of perjury this __20__ day of July, 2004.

_____
Charles N. Jacobs

{14154\69301\A0072330.1}

3