UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WORLD WIDE MEDICAL TECHNOLOGIES, LLC, ADVANCED CARE PHARMACY, INC., GARY A. LAMOUREUX AND RICHARD A. TERWILLIGER<br>    Plaintiffs,<br><br>v.<br><br>ANTHONY D. BISCOTTI AND NUCLEAR CONSULTANTS GROUP, INC.<br>    Defendants. | 04 11619 NG |

## MOTION TO SEAL

NOW COME the Plaintiffs, World Wide Medical Technologies, LLC ("World Wide"), Advanced Care Pharmacy, Inc. ("ACP"), Gary A. Lamoureux ("Lamoureux"), and Richard A. Terwilliger ("Terwilliger") (collectively, the "Plaintiffs"), by and through their attorneys, Devine, Millimet & Branch, P.A., and respectfully request that the Affidavit of Richard A. Terwilliger submitted herewith in support of the Plaintiffs' Complaint and its Motion for Preliminary Injunction, be sealed by the Court and in support thereof states:

1.  The Affidavit sets forth very specific processes, procedures, techniques, and information, all of which are confidential and proprietary to the Plaintiffs;

2.  The very nature of this Complaint seeks to protect the confidentiality of the Plaintiffs' proprietary and trade secret information, much of which is contained in the Affidavit of Richard A. Terwilliger (hereinafter referred to as the "Terwilliger Affidavit"); and

{14154\69301\A0072919.1}

3. Of necessity, the Terwilliger Affidavit is sufficiently detailed so that public disclosure of the Affidavit would cause the irreparable loss of the Plaintiffs' proprietary and trade secret information, which presently gives the Plaintiffs an economic advantage for their products in the marketplace.

WHEREFORE, the Plaintiffs respectfully request that:

A. The Court seal the Affidavit of Richard A. Terwilliger; and

B. The Court grant whatever additional relief it deems equitable and just.

Respectfully submitted,
WORLD WIDE MEDICAL
TECHNOLOGIES, LLC, ADVANCED
CARE PHARMACY, INC., GARY A.
LAMOUREUX AND RICHARD A.
TERWILLIGER
By their Attorneys,

George R. Moore, BBO #656102
Mark J. Sampson, BBO #552808
DEVINE, MILLIMET & BRANCH, PA
300 Brickstone Square, 9th Floor
P.O. Box 39
Andover, MA 01810
(978) 475-9100

{14154\69301\A0072919.1}

2