UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WORLD WIDE MEDICAL <br> TECHNOLOGIES, LLC, <br> ADVANCED CARE PHARMACY, INC. <br> GARY A. LAMOUREAUX and <br> RICHARD A. TERWILLIGER, <br><br> Plaintiffs, <br><br> v. <br><br> ANTHONY D. BISCOTTI and <br> NUCLEAR CONSULTANTS GROUP, INC., <br><br> Defendants. | Docket No. 04-11619-NG |

**JOINT MOTION TO EXTEND TIME FOR THE DEFENDANTS TO
FILE A RESPONSIVE PLEADING AND OPPOSE PLAINTIFFS' MOTIONS**

The parties to the above-captioned matter hereby stipulate and agree that defendants, Anthony D. Biscotti and Nuclear Consultants Group, Inc. (collectively the "Defendants") shall have up to and including January 31, 2005 in which to file an answer or otherwise defend against the Complaint filed by the plaintiffs in this action, and to oppose or otherwise respond to the plaintiffs' Motion for Preliminary Injunction, Emergency Motion to Preserve Electronic and Digital Information and Motion to Seal.

As reasons therefore, the parties represent that they have engaged in good faith efforts to resolve some or all of the matters raised in the Complaint and Motions. More recent efforts have been hindered by holiday travel and other schedules. Te Parties therefore require additional time to complete their good faith resolution efforts. Allowing this Joint Motion, moreover, will serve the ends of justice and judicial economy.

Respectfully Submitted,

| | |
|---|---|
| ANTHONY D. BISCOTTI and NUCLEAR CONSULTANTS GROUP, INC. | WORLD WIDE MEDICAL TECHNOLOGIES, LLC, ADVANCED CARE PHARMACY, INC., GARY A. LAMOUREAUX and RICHARD A. TERWILLIGER |
| By their attorneys, | By their attorneys, |
| /S/  John F. Tocci | /S/  George R. Moore |
| John F. Tocci, Esq., BBO# 562139 | George R. Moore, BBO # 656102 |
| Merson & Lee, P.C. | Mark J. Sampson, BBO #552808 |
| 171 Milk Street, Suite 400 | Devine, Millimet & Branch, PA |
| Boston, MA  02109 | 300 Brickstone Square, 9th Floor |
| (617) 399-7800 | P.O. Box 39 |
| | Andover, MA 01810 |
| | (978) 475-9100 |

Dated: December 28, 2004