UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| WORLD WIDE MEDICAL TECHNOLOGIES, LLC, ADVANCED CARE PHARMACY, INC. GARY A. LAMOUREAUX and RICHARD A. TERWILLIGER,<br><br>　　Plaintiffs,<br><br>v.<br><br>ANTHONY D. BISCOTTI and NUCLEAR CONSULTANTS GROUP, INC.,<br><br>　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Docket No. 04-11619-NG |

## NOTICE OF NAME, ADDRESS, E-MAIL ADDRESS AND TELEPHONE NUMBER CHANGE

Pursuant to Rule 83.5.2(e) of the Local Rules of the United States District Court for the District of Massachusetts, John F. Tocci, counsel to the Defendants in the above-captioned matter, Anthony D. Biscotti and Nuclear Consultants Group, Inc., hereby notifies this Court that, effective February 1, 2005 his firm name, address, e-mail address and telephone number will change as follows:

John F. Tocci, Esq.
Tocci, Goss & Lee, PC
35 India Street, 5th Floor
Boston, MA  02110
Tel: 617-542-6200
Fax: 617-542-6201
jtocci@lawtgl.com

                                        Respectfully submitted,

                                        ANTHONY BISCOTTI
                                        NUCLEAR CONSULTANTS GROUP, INC.

                                        By their attorneys,

                                        _____
                                        John F. Tocci, Esq., BBO# 562139
                                        Merson & Lee, P.C.
                                        171 Milk Street, Suite 400
                                        Boston, Massachusetts 02109
Dated: January 21, 2005              (617) 399-7800