UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WORLD WIDE MEDICAL TECHNOLOGIES, LLC, ADVANCED CARE PHARMACY, INC. GARY A. LAMOUREAUX and RICHARD A. TERWILLIGER,<br><br>    Plaintiffs,<br><br>v.<br><br>ANTHONY D. BISCOTTI and NUCLEAR CONSULTANTS GROUP, INC.,<br><br>    Defendants. | Docket No. 04-11619-NG |

**NOTICE OF NAME, ADDRESS, E-MAIL ADDRESS
AND TELEPHONE NUMBER CHANGE**

Pursuant to Rule 83.5.2(e) of the Local Rules of the United States District Court for the District of Massachusetts, John F. Tocci, counsel to the Defendants in the above-captioned matter, Anthony D. Biscotti and Nuclear Consultants Group, Inc., hereby notifies this Court that, effective February 1, 2005 his firm name, address, e-mail address and telephone number will change as follows:

John F. Tocci, Esq.
Tocci, Goss & Lee, PC
35 India Street, 5th Floor
Boston, MA  02110
Tel: 617-542-6200
Fax: 617-542-6201
jtocci@lawtgl.com

                        Respectfully submitted,

                        ANTHONY BISCOTTI
                        NUCLEAR CONSULTANTS GROUP, INC.

                        By their attorneys,

                              /S/ John F. Tocci
                        John F. Tocci, Esq., BBO# 562139
                        Merson & Lee, P.C.
                        171 Milk Street, Suite 400
                        Boston, Massachusetts 02109
Dated: January 21, 2005         (617) 399-7800