# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WORLD WIDE MEDICAL TECHNOLOGIES, LLC, ADVANCED CARE PHARMACY, INC. GARY A. LAMOUREAUX and RICHARD A. TERWILLIGER, <br><br> Plaintiffs, <br> v. <br><br> ANTHONY D. BISCOTTI and NUCLEAR CONSULTANTS GROUP, INC., <br><br> Defendants. | Docket No. 04-11619-NG |

## JOINT MOTION TO EXTEND TIME FOR THE DEFENDANTS TO FILE A RESPONSIVE PLEADING AND OPPOSE PLAINTIFFS' MOTIONS

The parties to the above-captioned matter hereby stipulate, agree and move the Court to allow the defendants, Anthony D. Biscotti and Nuclear Consultants Group, Inc. (collectively the "Defendants") to have up to and including February 11, 2005 in which to file an answer or otherwise defend against the Complaint filed by the plaintiffs in this action, and to oppose or otherwise respond to the plaintiffs' Motion for Preliminary Injunction, Emergency Motion to Preserve Electronic and Digital Information and Motion to Seal.

As reasons therefore, the parties represent that they have engaged in good faith efforts to resolve some or all of the matters raised in the Complaint and Motions. More recent efforts and efforts by the Defendants to draft and file operative pleadings, if settlement efforts fail, have been further hindered by the difficulties and disruptions the

Defendants' counsel has endured in moving his physical offices during a time of severe inclement weather.

The Parties therefore require additional time to complete their good faith resolution efforts and, failing such efforts, the Defendants require additional time to file responsive pleadings. Allowing this Joint Motion, moreover, will serve the ends of justice and judicial economy, particularly where the extension is for a period of only eleven (11) days

Respectfully Submitted,

| | |
|---|---|
| ANTHONY D. BISCOTTI and NUCLEAR CONSULTANTS GROUP, INC. | WORLD WIDE MEDICAL TECHNOLOGIES, LLC, ADVANCED CARE PHARMACY, INC., GARY A. LAMOUREAUX and RICHARD A. TERWILLIGER |
| By their attorneys, | By their attorneys, |
| /S/  John F. Tocci | /S/  George R. Moore |
| John F. Tocci, Esq., BBO# 562139 | George R. Moore, BBO # 656102 |
| Merson & Lee, P.C. | Mark J. Sampson, BBO #552808 |
| 171 Milk Street, Suite 400 | Devine, Millimet & Branch, PA |
| Boston, MA  02109 | 300 Brickstone Square, 9th Floor |
| (617) 399-7800 | P.O. Box 39 |
| | Andover, MA 01810 |
| | (978) 475-9100 |

Dated: January 27, 2005