## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

## **ORDER OF REFERENCE**

**World Wide Medical Tech, LLC**

v.

CA/CR No. 04-11619 -NG

**Anthony Biscotti, et al**

Criminal Category _____

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge **DEIN** for the following proceedings:

(  )        Referred for full pretrial case management, including all dispositive motions.

**(XX )        Referred for full pretrial case management, <u>not</u> including dispositive motions:**

(A)        Referred for discovery purposes only.

(B)        Referred for Report and Recommendation on:

       ( ) Motion(s) for injunctive relief
       ( ) Motion(s) for judgment on the pleadings
       ( ) Motion(s) for summary judgment
       ( ) Motion(s) to permit maintenance of a class action
       ( ) Motion(s) to suppress evidence
       ( ) Motion(s) to dismiss
       ( ) Post Conviction Proceedings[1]
      See Documents Numbered: _____

(C)        Case referred for events only.  See Doc. No(s). _____

(D)        Case referred for settlement.

(E)        Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
       ( ) In accordance with Rule 53, F.R.Civ.P.
       ( ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(F)        **Special Instructions:**        16.b and pretrial mgmt _____
      _____
      _____

8/11/05 _____                                    By:        s/ Maryellen Molloy _____
Date                                                              Deputy Clerk

_____
    1