UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| WORLD WIDE MEDICAL TECHNOLOGIES, LLC, ADVANCED CARE PHARMACY, INC. GARY A. LAMOUREAUX and RICHARD A. TERWILLIGER,<br><br>    Plaintiffs,<br>v.<br><br>ANTHONY D. BISCOTTI and NUCLEAR CONSULTANTS GROUP, INC.,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Docket No. 04-11619-NG |

## LOCAL RULE 16.1(D)(3) CERTIFICATION

The undersigned defendants, Anthony D. Biscotti and Nuclear Consultants Group, Inc. ("NCG"), and their counsel hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in United States District Court for the District of Massachusetts Local Rule 16.4.

| | |
|---|---|
| Respectfully Submitted, | Respectfully Submitted, |
| ANTHONY D. BISCOTTI and NUCLEAR CONSULTANTS GROUP, INC. | ANTHONY D. BISCOTTI NUCLEAR CONSULTANTS GROUP, INC. |
| Individually and by its Representative: | By their attorneys: |

_____/S/ Anthony D. Biscotti_____     _____/S/ John F. Tocci_____
                    .                                            John F. Tocci, Esq., BBO# 562139
                                                                 Tocci, Goss & Lee, PC
                                                                 35 India Street, 5th Floor
                                                                 Boston, Massachusetts 02110
                                                                 (617) 542-6200

Dated: August 31, 2005