UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WORLD WIDE MEDICAL TECHNOLOGIES, LLC, ADVANCED CARE PHARMACY, INC., GARY A. LAMOUREUX AND RICHARD A. TERWILLIGER,<br>      Plaintiffs,<br><br>v.<br><br>ANTHONY D. BISCOTTI and NUCLEAR CONSULTANTS GROUP, INC.<br>      Defendants. | Docket No. 04-11619-NG |

## JOINT STATEMENT

NOW COME the parties in the above-captioned matter, pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.1(D), and hereby submit the following joint statement:

    **1.**     **Pre-discovery Disclosures.** On or about June 13, 2005, plaintiffs made their initial disclosures pursuant to Fed. R. Civ. P. 26(a). Defendants shall serve their Initial Disclosures under Fed.R.Civ.P. 26(a) by or before September 26, 2005;

    **2.**     **Discovery Plan.** The parties jointly propose to the Court the following discovery plan:

    All discovery commenced in time to be completed by March 10, 2006, with written discovery subject to the limitations set forth in Local Rule 26(1)(C).

    Reports from retained experts under Fed. R. Civ. P. 26(a)(2) and Local Rule 26.4 are due from plaintiffs by May 5, 2006.

    Reports from retained experts under Fed. R. Civ. P. 26(a)(2) and Local Rule 26.4 are due from defendants by June 6, 2006.

    **3.**     **Other Items.** The parties request a final pre-trial conference in September, 2006.

All Amendments to Pleadings shall be filed in compliance with F.R.C.P. 15.
All dispositive motions should be filed by July 14, 2006.
The case should be ready for trial in October, 2006.

**4.** **Trial By Magistrate.** The parties do not agree to have this case tried by a Magistrate.

**5.** **Certification of Consultation.** The parties have separately provided their respective certifications.

Respectfully submitted,
Plaintiffs,
WORLD WIDE MEDICAL TECHNOLOGIES, LLC, ADVANCED CARE PHARMACY, INC., GARY A. LAMOUREUX AND RICHARD A. TERWILLIGER,

By their attorneys,

    /s/George R. Moore
George R. Moore, BBO #656102
Mark J. Sampson, BBO #552808
DEVINE, MILLIMET & BRANCH, PA
300 Brickstone Square, 9th Floor
P.O. Box 39
Andover, MA  01810
(978) 475-9100

Defendants,
ANTHONY D. BISCOTTI, AND NUCLEAR CONSULTANTS GROUP, INC.,

By their attorneys

      /s/John F. Tocci
John F. Tocci, BBO # 562139
Tocci, Goss & Lee, PC
35 India Street, 5th Floor
Boston, MA 02110
Tel: 617-542-6200

## CERTIFICATE OF SERVICE

      I, George R. Moore, Esq., hereby certify that I have this 8th day of September, 2005 served a copy of the foregoing document on plaintiff's counsel, John F. Tocci, Esq., at his office of Tocci, Goss & Lee, P.C., 35 India Street, 5th Floor, Boston, MA 02110, by causing a copy hereof to be mailed by first-class mail, postage prepaid.

                                                    /s/George R. Moore