UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WORLD WIDE MEDICAL TECHNOLOGIES, LLC, ADVANCED CARE PHARMACY, INC., GARY A. LAMOUREUX AND RICHARD A. TERWILLIGER,<br>          Plaintiffs,<br><br>v.<br><br>ANTHONY D. BISCOTTI and NUCLEAR CONSULTANTS GROUP, INC.<br>          Defendants. | Docket No. 04-11619-NG |

## **LOCAL RULE 16.1(D)(3) CERTIFICATIAON**

The undersigned plaintiffs, World wide Medical Technologies, LLC, Advanced Care Pharmacy, Inc., Gary A. Lamoureaux and Richard A. Terwilliger, and their counsel, hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course--and various alternative courses--of the litigation and to consider the resolution of the litigation through the use of alternative dispute resolution

{14154\69301\A0097951.1}

programs such as those outlined in United States District Court for the District of Massachusetts Local Rule 16.4.

Respectfully submitted,

| Plaintiffs, | Defendants, |
|---|---|
| WORLD WIDE MEDICAL TECHNOLOGIES, LLC, ADVANCED CARE PHARMACY, INC., GARY A. LAMOUREUX AND RICHARD A. TERWILLIGER, | ANTHONY D. BISCOTTI, AND NUCLEAR CONSULTANTS GROUP, INC., |
| By their attorneys, | By their attorneys |
| /s/George R. Moore<br>George R. Moore, BBO #656102<br>Mark J. Sampson, BBO #552808<br>DEVINE, MILLIMET & BRANCH, PA<br>300 Brickstone Square, 9th Floor<br>P.O. Box 39<br>Andover, MA  01810<br>(978) 475-9100 | /s/John F. Tocci<br>John F. Tocci, BBO # 562139<br>Tocci, Goss & Lee, PC<br>35 India Street, 5th Floor<br>Boston, MA 02110<br>Tel: 617-542-6200 |

L:\wdox\docs\clients\14154\69301\A0097683.DOC

## CERTIFICATE OF SERVICE

I, George R. Moore, Esq., hereby certify that I have this 8th day of September, 2005 served a copy of the foregoing document on plaintiff's counsel, John F. Tocci, Esq., at his office of Tocci, Goss & Lee, P.C., 35 India Street, 5th Floor, Boston, MA  02110, by causing a copy hereof to be mailed by first-class mail, postage prepaid.

/s/George R. Moore