UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| WORLD WIDE MEDICAL TECHNOLOGIES LLC, ADVANCED CARE PHARMACY, INC., CARY A. LAMOUREUX and RICHARD A. TERWILLIGER, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. 04-11619-NG |
| v. | ) ) | |
| ANTHONY D. BISCOTTI and NUCLEAR CONSULTANTS GROUP, INC. | ) ) ) | |
| Defendants. | ) | |

## **SCHEDULING ORDER**

September 13, 2005

DEIN, U.S.M.J.

    Following the initial scheduling conference held today in accordance with Fed. R. Civ. P. 16(b) and Local Rule 16.1, it is hereby ORDERED as follows:

    A.    <u>Fact Discovery</u>

        1.    By **October 4, 2005:**

            (a)    Parties shall notify the court if they have not reached a suitable confidentiality agreement to govern the current litigation.

            (b)    Parties shall submit proposed confidentiality agreements by this date if no suitable agreement has been reached.

        2.    The court adopts the deadlines proposed by the parties in their joint statements as follows:

    (a) All fact discovery shall be commenced in time to be completed by **March 10, 2006**, with written discovery subject to the limitations set forth in Local Rule 26(1)(C).

    (b) Reports from retained experts under Fed. R. Civ. P. 26(a)(2) and Local Rule 26.4 are due from plaintiffs by **May 5, 2006.**

    (c) Reports from retained experts under Fed. R. Civ. P. 26(a)(2) and Local Rule 26.4 are due from defendants by **June 6, 2006.**

    (d) All dispositive motions shall be filed by **July 14, 2006**.

B. A status conference is scheduled for Thursday **December 15, 2005,** at 2:45 p.m. where the parties shall be prepared to discuss:

1. the status of the case;

2. scheduling for the remainder of the case through trial;

3. the use of Alternative Dispute Resolution ("ADR"); and

4. consent to trial before the magistrate judge.

C. The parties shall submit a brief joint statement no later than five (5) days before the status conference addressing the issues itemized in paragraph B above. With respect to items B(3) and B(4), the parties shall indicate whether an agreement has been reached, but are not obligated to identify their respective positions.

/s/ Judith Gail Dein

_____
JUDITH GAIL DEIN
UNITED STATES MAGISTRATE JUDGE