UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WORLD WIDE MEDICAL TECHNOLOGIES, LLC, ADVANCED CARE PHARMACY, INC. GARY A. LAMOUREAUX and RICHARD A. TERWILLIGER,<br><br>　　Plaintiffs,<br><br>v.<br><br>ANTHONY D. BISCOTTI and NUCLEAR CONSULTANTS GROUP, INC.,<br><br>　　Defendants. | Docket No. 04-11619-NG |

**JOINT MOTION TO EXTEND TIME FOR THE PARTIES TO REACH AGREEMENT REGARDING CONFIDENTIALITY STIPULATION**

The parties to the above-captioned matter hereby move the Court to allow the parties to have up to and including October 13, 2005 to reach agreement on and file a stipulation governing the production of confidential documents and information (a "Stipulation"). The Court (Dein, M.J.) previously ordered the parties to attempt to agree on the form of Stipulation by October 3, 2005. The parties have engaged in good faith negotiations over the form of Stipulation and have exchanged various iterations of the same. While they have resolved issues relating to the Stipulation, several disputes remain which requires additional time to resolve.

The Parties therefore require additional time to complete their good faith resolution efforts and, failing such efforts by or before October 13, 2005, the parties each shall move the Court to adopt a particular Stipulation. Allowing this Joint Motion will serve the ends of justice and judicial economy, particularly where the extension is for a period of only ten (10) days

| | |
|---|---|
| Respectfully Submitted, | Respectfully Submitted, |
| ANTHONY D. BISCOTTI and NUCLEAR CONSULTANTS GROUP, INC. | WORLD WIDE MEDICAL TECHNOLOGIES, LLC, ADVANCED CARE PHARMACY, INC., GARY A. LAMOUREAUX and RICHARD A. TERWILLIGER |
| By their attorneys, | By their attorneys, |
| /S/  John F. Tocci | /S/  Mark J. Sampson |
| John F. Tocci, Esq., BBO# 562139 | George R. Moore, BBO # 656102 |
| Tocci, Goss & Lee, P.C. | Mark J. Sampson, BBO #552808 |
| 35 India Street, 5th Floor | Devine, Millimet & Branch, PA |
| Boston, MA  02110 | 300 Brickstone Square, 9th Floor |
| (617) 542-6200 | P.O. Box 39 |
| | Andover, MA 01810 |
| | (978) 475-9100 |

Dated: October 3, 2005