UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| WORLD WIDE MEDICAL TECHNOLOGIES, LLC, et al., | ) ) ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| v. | ) ) | NO. 04-11619-NG |
| ANTHONY D. BISCOTTI, et al., | ) ) | |
| Defendants. | ) | |

## ORDER ON CROSS MOTIONS
## FOR CONFIDENTIALITY ORDER

Presently before the court are Defendants' Motion for Adoption of Their Proposed Confidentiality Order (Docket No. 25) and Plaintiffs' Motion for Adoption of Their Proposed Confidentiality Order (Docket No. 26). The Motions are ALLOWED IN PART and DENIED IN PART as follows:

The court adopts the plaintiffs' Proposed Confidentiality Order with the addition of the following to the end of paragraph 11 only:

> In the event that an Objecting Party discloses information designated as "Confidential," it shall not be held in contempt or to otherwise be in violation of this Order for disclosing information which this court determines not to be confidential and proprietary, but only if the disclosure is made after the Objecting Party has given written notice of its objection to the "Confidential" designation and conferred as required by this paragraph,

and has notified the Designating Party of its intention to disclose such information.

The plaintiffs shall submit Confidentiality Order incorporating this change for entry by the court within seven (7) days of the date of this Order.

                                        / s / Judith Gail Dein
                                        Judith Gail Dein
                                        United States Magistrate Judge

DATED:  October 19, 2005