UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WORLD WIDE MEDICAL TECHNOLOGIES, LLC, ADVANCED CARE PHARMACY, INC. GARY A. LAMOUREAUX and RICHARD A. TERWILLIGER,<br><br>　　Plaintiffs,<br><br>v.<br><br>ANTHONY D. BISCOTTI and NUCLEAR CONSULTANTS GROUP, INC.,<br><br>　　Defendants. | Docket No. 04-11619-NG |

## LOCAL RULE 7.1 CERTIFICATION

The defendants, Anthony D. Biscotti and Nuclear Consultants Group, Inc. ("NCG"), through their counsel hereby certify that they attempted to confer in good faith with opposing counsel in an attempt to resolve or narrow issues relating to their Motion to Dismiss Patent Claims and for Rule 11 Sanctions but never received a response to a correspondence sent to opposing counsel in compliance with United States District Court for the District of Massachusetts Local Rule 16.4.

　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　ANTHONY D. BISCOTTI and
　　　　　　　　　　　　　　　　　　NUCLEAR CONSULTANTS
　　　　　　　　　　　　　　　　　　GROUP, INC.

　　　　　　　　　　　　　　　　　　By their attorneys,

　　　　　　　　　　　　　　　　　　　　/S/     John F. Tocci
　　　　　　　　　　　　　　　　　　John F. Tocci, Esq., BBO# 562139
　　　　　　　　　　　　　　　　　　Tocci, Goss & Lee, P.C.
　　　　　　　　　　　　　　　　　　35 India Street, 5th Floor
　　　　　　　　　　　　　　　　　　Boston, MA  02110
　　　　　　　　　　　　　　　　　　(617) 542-6200

Dated: November 30, 2005