# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **WORLD WIDE MEDICAL TECHNOLOGIES, LLC, ADVANCED CARE PHARMACY, INC. GARY A. LAMOUREUX and RICHARD A. TERWILLIGER,** | ) ) ) ) ) ) |  |
| **Plaintiffs,** | ) |  |
| **v.** | ) | **Docket No. 04-11619-NG** |
|  | ) |  |
| **ANTHONY D. BISCOTTI and NUCLEAR CONSULTANTS GROUP, INC.,** | ) ) |  |
|  | ) |  |
| **Defendants.** | ) |  |

## DEFENDANTS' NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF MOTION TO DISMISS PLAINTIFFS' PATENT CLAIMS AND FOR RULE 11 SANCTIONS

Defendants in the above-captioned matter, Anthony D. Biscotti and Nuclear Consultants Group, Inc. (the "Defendants") hereby withdraw their Motion to Dismiss Plaintiffs' Patent Claims and for Rule 11 Sanctions. As reasons therefore, the Defendants state that they initially filed a motion to dismiss and for Rule 11 Sanctions in a single pleading seeking both the dismissal of the Defendants' patent claims and the imposition of Rule 11 sanctions based upon the Plaintiffs' failure to conduct a pre-litigation patent inquiry as required by Rule 11 of the Federal Rules of Civil Procedure. Plaintiffs' counsel brought to the Defendants' attention the fact that the initial pleading did not comply with Federal Rule of Civil Procedure 11(C)(1)(A) requiring a separate pleading for a Motion for Rule 11 Sanctions as well as to that Rule's particular service and filing requirements.

The Defendants file this notice without prejudice as they intend to file a Motion to Dismiss Patent Claims and Memorandum in support of the same as well as a separate Motion for Rule 11 Sanctions.

Respectfully Submitted,

ANTHONY D. BISCOTTI and
NUCLEAR CONSULTANTS
GROUP, INC.

By their attorneys,

_____/S/____John F. Tocci_____
John F. Tocci, Esq., BBO# 562139
Tocci, Goss & Lee, P.C.
35 India Street, 5th Floor
Boston, MA  02110
(617) 542-6000

Dated: December 12, 2005