UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WORLD WIDE MEDICAL ) <br> TECHNOLOGIES, LLC, ) <br> ADVANCED CARE PHARMACY, INC. ) <br> GARY A. LAMOUREAUX and ) <br> RICHARD A. TERWILLIGER, ) <br>  ) <br>     **Plaintiffs,** ) <br> v. ) <br>  ) <br> **ANTHONY D. BISCOTTI and** ) <br> **NUCLEAR CONSULTANTS GROUP, INC.,** ) <br>  ) <br>     **Defendants.** ) <br>  ) | Docket No. 04-11619-NG |

## JOINT MOTION TO CONTINUE STATUS CONFERENCE

The parties to the above-captioned matter hereby jointly move the Court to continue the status conference scheduled to take place this same date at 2:45 p.m. before Magistrate Judge Dein. As reasons therefore, the parties state that there currently is pending before the Court a motion to dismiss which may affect discovery and other status conference issues. Allowing this Joint Motion will therefore serve the ends of judicial economy. The parties suggest that the Court re-schedule the status conference for February 9, 14 or 16, 2006.

| | |
|---|---|
| Respectfully Submitted, | Respectfully Submitted, |
| ANTHONY D. BISCOTTI and NUCLEAR CONSULTANTS GROUP, INC. | WORLD WIDE MEDICAL TECHNOLOGIES, LLC, ADVANCED CARE PHARMACY, INC., GARY A. LAMOUREAUX and RICHARD A. TERWILLIGER |
| By their attorneys, | By their attorneys, |
| /S/ John F. Tocci | /S/Mark J. Sampson |
| John F. Tocci, Esq., BBO# 562139 | George R. Moore, BBO # 656102 |
| Merson & Lee, P.C. | Mark J. Sampson, BBO #552808 |
| 171 Milk Street, Suite 400 | Devine, Millimet & Branch, PA |
| Boston, MA 02109 | 300 Brickstone Square, 9th Floor |
| (617) 399-7800 | P.O. Box 39 |
| | Andover, MA 01810 |
| | (978) 475-9100 |

Dated: December 15, 2005