UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WORLD WIDE MEDICAL TECHNOLOGIES, LLC, ADVANCED CARE PHARMACY, INC., GARY A. LAMOUREUX AND RICHARD A. TERWILLIGER<br>    Plaintiffs,<br>v.<br><br>ANTHONY D. BISCOTTI AND NUCLEAR CONSULTANTS GROUP, INC.<br>    Defendants. | Docket No. 04-11619-NG |

## STIPULATION TO EXTEND TIME WITHIN WHICH PLAINTIFFS MUST RESPOND TO DEFENDANTS' MOTION TO DISMISS

NOW COME the Parties in the above-captioned matter and hereby stipulate that the time within which Plaintiffs must respond to Defendants' Motion to Dismiss Plaintiffs' Patent Claims is hereby extended until up to, and including, January 20, 2006.

Respectfully submitted,

Plaintiffs,

WORLD WIDE MEDICAL
TECHNOLOGIES, LLC, ADVANCED
CARE PHARMACY, INC., GARY A.
LAMOUREUX AND RICHARD A.
TERWILLIGER,
By their attorneys,


    /s/ George R. Moore
George R. Moore, BBO #656102
Mark J. Sampson, BBO #552808
DEVINE, MILLIMET & BRANCH, PA
300 Brickstone Square, 9th Floor
P.O. Box 39
Andover, MA  01810
(978) 475-9100

Defendants,

ANTHONY D. BISCOTTI, AND
NUCLEAR CONSULTANTS GROUP,
INC.,


By their attorneys


    /s/ John F. Tocci
John F. Tocci, BBO # 562139
Tocci, Goss & Lee, PC
35 India Street, 5th Floor
Boston, MA 02110
Tel: 617-542-6200

{14154\69301\A0104010.1}