UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WORLD WIDE MEDICAL TECHNOLOGIES, LLC, ADVANCED CARE PHARMACY, INC., GARY A. LAMOUREUX AND RICHARD A. TERWILLIGER<br>  Plaintiffs,<br>v.<br><br>ANTHONY D. BISCOTTI AND NUCLEAR CONSULTANTS GROUP, INC.<br>  Defendants. | Docket No. 04-11619-NG |

**STIPULATION TO EXTEND TIME WITHIN WHICH PLAINTIFFS MUST RESPOND TO DEFENDANTS' MOTION TO DISMISS**

NOW COME the Parties in the above-captioned matter and hereby stipulate that the time within which Plaintiffs must respond to Defendants' Motion to Dismiss Plaintiffs' Patent Claims is hereby extended until up to, and including, February 3, 2006.

Respectfully Submitted,

| | |
|---|---|
| ANTHONY D. BISCOTTI and NUCLEAR CONSULTANTS GROUP, INC. | WORLD WIDE MEDICAL TECHNOLOGIES, LLC, ADVANCED CARE PHARMACY, INC., GARY A. LAMOUREAUX and RICHARD A. TERWILLIGER |
| By their attorneys, | By their attorneys, |
| /S/     John F. Tocci<br>John F. Tocci, Esq., BBO# 562139<br>Merson & Lee, P.C.<br>171 Milk Street, Suite 400<br>Boston, MA 02109<br>(617) 399-7800 | /S/     Mark J. Sampson<br>George R. Moore, BBO # 656102<br>Mark J. Sampson, BBO #552808<br>Devine, Millimet & Branch, PA<br>300 Brickstone Square, 9th Floor<br>P.O. Box 39<br>Andover, MA 01810<br>(978) 475-9100 |