## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WORLD WIDE MEDICAL TECHNOLOGIES, LLC, ADVANCED CARE PHARMACY, INC. GARY A. LAMOUREAUX and RICHARD A. TERWILLIGER, <br><br>    Plaintiffs, <br><br>v. <br><br>ANTHONY D. BISCOTTI and NUCLEAR CONSULTANTS GROUP, INC., <br><br>    Defendants. | Docket No. 04-11619-NG |

### STIPULATION TO EXTEND TIME WITHIN WHICH DEFENDANTS MUST RESPOND TO PLAINTIFFS' MOTION TO AMEND

The parties to the above-captioned matter hereby stipulate and agree that defendants, Anthony D. Biscotti and Nuclear Consultants Group, Inc. (collectively the "Defendants") shall have up to and including February 17, 2006 in which to file an opposition or to otherwise response to the plaintiffs' Motion to Amend the Complaint to Join IdeaMatrix, Inc. as a Plaintiff. The original due date for Defendants' opposition is February 13, 2006.

As reasons therefore, the parties represent that due to other pressing litigation requirements, Defendants' counsel requires four additional days to adequately prepare an opposition to Plaintiffs' Motion to Amend. Allowing this stipulation will serve the ends of justice and judicial economy.

Respectfully Submitted,

| | |
|---|---|
| ANTHONY D. BISCOTTI and NUCLEAR CONSULTANTS GROUP, INC. | WORLD WIDE MEDICAL TECHNOLOGIES, LLC, ADVANCED CARE PHARMACY, INC., GARY A. LAMOUREAUX and RICHARD A. TERWILLIGER |
| By their attorneys, | By their attorneys, |
| /S/ John F. Tocci | /S/ Mark J. Sampson |
| John F. Tocci, Esq., BBO# 562139<br>Tocci, Goss & Lee, P.C.<br>35 India Street, 5th Floor<br>Boston, MA  02110<br>(617) 542-6200 | George R. Moore, BBO # 656102<br>Mark J. Sampson, BBO #552808<br>Devine, Millimet & Branch, PA<br>300 Brickstone Square, 9th Floor<br>P.O. Box 39<br>Andover, MA 01810<br>(978) 475-9100 |

Dated: February 8, 2006