UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WORLD WIDE MEDICAL TECHNOLOGIES, LLC, ADVANCED CARE PHARMACY, INC. GARY A. LAMOUREUX and RICHARD A. TERWILLIGER, <br><br> Plaintiffs, <br><br> v. <br><br> ANTHONY D. BISCOTTI and NUCLEAR CONSULTANTS GROUP, INC., <br><br> Defendants. | Docket No. 04-11619-NG |

## DEFENDANTS' MOTION FOR RULE 11 SANCTIONS

Defendants in the above-captioned matter, Anthony D. Biscotti and Nuclear Consultants Group, Inc. (the "Defendants") hereby move this Court to impose sanctions against the Plaintiffs in this action, World Wide Medical Technologies, LLC ("WW"), Advanced Care Pharmacy, Inc. ("ACP"), Gary Lamoureux and Richard A. Terwilliger (collectively the "Plaintiffs") pursuant to Federal Rule of Civil Procedure 11. As reasons therefore, and as fully set forth in the Defendants' memorandum in support of this motion filed herewith, the Defendants state that the Plaintiffs have failed to allege with the required degree of specificity that the Defendants have infringed on the so-called "760 Patent" and failed to conduct any patent infringement analysis prior to filing suit as required by law.[1]

---

[1] The Defendants separately filed, on December 12, 2005, a Motion to Dismiss the Plaintiffs' Patent Claims.

## CONCLUSION

For the foregoing reasons and the reasons set forth in the Defendants memorandum in support of this motion, the Defendants' Motion for Rule 11 Sanctions should be allowed.

        Respectfully Submitted,

        ANTHONY D. BISCOTTI and
        NUCLEAR CONSULTANTS
        GROUP, INC.

        By their attorneys,

          /S/ John F. Tocci
        John F. Tocci, Esq., BBO# 562139
        Tocci, Goss & Lee, P.C.
        35 India Street, 5th Floor
        Boston, MA  02110
        (617) 542-6000

Dated: December 13, 2005