INVENTOR TO CORPORATE
ASSIGNMENT OF PATENTS, APPLICATIONS, AND INVENTIONS

WHEREAS, Richard A. Terwilliger, an individual, having a residence at 16 Three Mile Hill Road, Middlebury, Connecticut 06762 (hereinafter "ASSIGNOR"), is the owner of certain rights, title and interest in the following Letters Patents and applications therefor:

1. U.S. Provisional Application No. 60/336,329
   Filed: November 2, 2001
   Inventors: Richard A. Terwilliger and Gary A. Lamoureux
   Title: "Delivery System for Interstitial Radiation Therapy"
   Attorney Docket No.: WORLD-01000US0

2. U.S. Patent Application No. 10/035,083
   Filed: December 28, 2001
   Inventors: Richard A. Terwilliger and Gary A. Lamoureux
   Title: "Delivery System and Method for Interstitial Radiation Therapy"
   Attorney Docket No.: WORLD-01000US1

3. U.S. Provisional Application No. 60/360,241
   Filed: February 26, 2002
   Inventors: Richard A. Terwilliger and Gary A. Lamoureux
   Title: "Delivery System and Method for Interstitial Radiation Therapy Using Seed Strands Constructed With Preformed Strand Housing"
   Attorney Docket No.: WORLD-01000US2

4. U.S. Provisional Application No. 60/360,237
   Filed: February 26, 2002
   Inventors: Richard A. Terwilliger and Gary A. Lamoureux
   Title: "System for Manufacturing Interstitial Radiation Therapy Seed Strands"
   Attorney Docket No.: WORLD-01000US3

5. U.S. Provisional Application No. 60/360,272
   Filed: February 26, 2002
   Inventors: Richard A. Terwilliger and Gary A. Lamoureux
   Title: "Delivery System and Method for Interstitial Radiation Therapy Using Strands Constructed with Extruded Strand Housings"
   Attorney Docket No.: WORLD-01000US4

6. U.S. Patent Application No. 10/162,548
   Filed: June 4, 2002
   Inventors: Richard A. Terwilliger and Gary A. Lamoureux
   Title: "Delivery System and Method for Interstitial Radiation Therapy Using Seed Strands Constructed with Preformed Strand Housing"
   Attorney Docket No.: WORLD-01000US5

Page 1 of 5
Attorney Docket No.: WORLD-00300US0 SRM
C:\DOCUMENTS AND SETTINGS\RICK TERWILLIGER\DESKTOP\ASSIGNMENT-001.DOC

PATENT
REEL: 014227 FRAME: 0301

7. U.S. Patent Application No. 10/162,546
   Filed: June 4, 2002
   Inventors: Richard A. Terwilliger and Gary A. Lamoureux
   Title: "System for Manufacturing Interstitial Radiation Therapy Seed Strands"
   Attorney Docket No.: WORLD-01000US6

8. U.S. Patent Application No. 10/162,006
   Filed: June 4, 2002
   Inventors: Richard A. Terwilliger and Gary A. Lamoureux
   Title: "Delivery System and Method for Interstitial Radiation Therapy Using Strands Constructed with Extruded Strand Housings"
   Attorney Docket No.: WORLD-01000US7

9. U.S. Patent Application No. 10/397,940
   Filed: March 26, 2003
   Inventors: Richard A. Terwilliger and Gary A. Lamoureux
   Title: "Delivery System and Method for Interstitial Radiation Therapy"
   Attorney Docket No.: WORLD-01000US8

10. U.S. Provisional Application No. 60/469,940
    Filed: May 13, 2003
    Inventors: Richard A. Terwilliger and Gary A. Lamoureux
    Title: "Delivery System and Method for Interstitial Radiation Therapy Using Seed Strands with Custom End Spacing"
    Attorney Docket No.: WORLD-01000US9

11. U.S. Provisional Application No. 60/523,501
    Filed: November 19, 2003
    Inventors: Richard A. Terwilliger and Gary A. Lamoureux
    Title: Delivery System and Prescription Method for Interstitial Radiation Therapy Using Enhanced Parametric Release Sterilization Techniques"
    Attorney Docket No.: WORLD-01000USA

12. U.S. Patent Application No. 10/619,928
    Filed: July 15, 2003
    Inventors: Richard A. Terwilliger and Gary A. Lamoureux
    Title: "Delivery System and Method for Interstitial Radiation Therapy Using Seed Strands with Custom End Spacing"
    Attorney Docket No.: WORLD-01000USB

13. U.S. Patent Application No. 10/705,133
    Filed: November 10, 2003
    Inventors: Richard A. Terwilliger and Gary A. Lamoureux
    Title: "Delivery System and Method for Interstitial Radiation Therapy Using Seed Strands Constructed with Preformed Strand Housing"
    Attorney Docket No.: WORLD-01000USD

Page 2 of 5
Attorney Docket No.: WORLD-00300US0 SRM
C:\DOCUMENTS AND SETTINGS\RICK TERWILLIGER\DESKTOP\ASSIGNMENT-001.DOC

PATENT
REEL: 014227 FRAME: 0302

14. U.S. Provisional Application No. 60/360,299
    Filed: February 26, 2002
    Inventors: Richard A. Terwilliger and Gary A. Lamoureux
    Title: "Delivery System and Method for Interstitial Radiation Therapy Using Seed Elements with Ends Having One of Projections and Indentations"
    Attorney Docket No.: WORLD-01003US0

15. U.S. Patent Application No. 10/162,547
    Filed: June 4, 2002
    Inventors: Richard A. Terwilliger and Gary A. Lamoureux
    Title: "Delivery System and Method for Interstitial Radiation Therapy Using Seed Elements with Ends Having One of Projections and Indentations"
    Attorney Docket No.: WORLD-01003US1

16. U.S. Provisional Application No. 60/360,260
    Filed: February 26, 2002
    Inventors: Richard A. Terwilliger and Gary A. Lamoureux
    Title: "Improved Delivery for Interstitial Radiotherapy Using Hollow Seeds"
    Attorney Docket No.: WORLD-01004US0

17. U.S. Patent Application No. 10/132,930
    Filed: April 26, 2002
    Inventors: Richard A. Terwilliger and Gary A. Lamoureux
    Title: "Improved Delivery System and Method for Interstitial Radiotherapy Using Hollow Seeds"
    Attorney Docket No.: WORLD-01004US1

18. U.S. Patent Application No. 10/716,328
    Filed: November 18, 2003
    Inventors: Richard A. Terwilliger and Gary A. Lamoureux
    Title: "Improved Delivery for Interstitial Using Hollow Seeds"
    Attorney Docket No.: WORLD-01004US2

19. U.S. Patent Application No. 10/716,333
    Filed: November 18, 2003
    Inventors: Richard A. Terwilliger and Gary A. Lamoureux
    Title: "Improved Delivery for Interstitial Using Hollow Seeds"
    Attorney Docket No.: WORLD-01004US3

20. U.S. Patent No. 6,554,760
    Issued: April 29, 2003
    U.S. Patent Application No. 09/983,463
    Filed: October 24, 2001
    Inventors: Gary A. Lamoureux and Richard A. Terwilliger
    Title: "Pre-Loaded Needle Assembly"
    Attorney Docket No.: WORLD-01006US0

Page 3 of 5
Attorney Docket No.: WORLD-00300US0 SRM
C:\DOCUMENTS AND SETTINGS\RICK TERWILLIGER\DESKTOP\ASSIGNMENT-001.DOC

PATENT
REEL: 014227 FRAME: 0303

21. U.S. Patent Application No. 10/682,359
    Filed: October 9, 2003
    Inventors: Richard A. Terwilliger and Gary A. Lamoureux
    Title: "Shielded Transport for Multiple Brachytherapy Implants with Integrated Measuring and Cutting Board"
    Attorney Docket No.: WORLD-01011US0

WHEREAS, PATENT PROPERTY shall include each and all of the following:

(a) the foregoing Letters Patents and applications therefor and the inventions disclosed therein, and all embodiments of such inventions owned by ASSIGNOR;

(b) all rights to apply in any and all countries of the world for patents, certificates of invention or other governmental grants on said inventions, including the right to apply for patents pursuant to the International Convention for the Protection of Industrial Property or pursuant to any other convention, treaty, agreement or understanding;

(c) any and all applications filed and any and all patents, certificates of invention or other governmental grants granted on said inventions in the United States or any other country, including each and every application filed and each and every patent granted on any application which is a division, substitution, or continuation of any of said applications;

(d) each and every reissue or extension of any of said patents;

(e) each and every patent claim resulting from a reexamination certificate for any and all of said patents, and

(f) the right to sue for and all claims for damages, profits or other recovery resulting from infringement, including past infringement, of any of the foregoing.

WHEREAS, IdeaMatrix, Inc., a corporation organized and existing under the laws of the State of Colorado and having a principal place of business at P.O. Box 2777, Estes Park, Colorado 80517 (hereinafter "ASSIGNEE") is to acquire from ASSIGNOR, ASSIGNOR'S entire right, title and interest in and to said Patent Property.

Page 4 of 5

Attorney Docket No.: WORLD-00300US0 SRM
C:\DOCUMENTS AND SETTINGS\RICK TERWILLIGER\DESKTOP\ASSIGNMENT-001.DOC

NOW THEREFORE, for good and valuable consideration acknowledged by said ASSIGNOR to have been received in full from said ASSIGNEE:

1. ASSIGNOR hereby sells, assigns, transfers and otherwise conveys to ASSIGNEE, and ASSIGNEE's successors, legal representatives and assigns, the ASSIGNOR'S entire right, title and interest in and to the PATENT PROPERTY.

2. ASSIGNOR further agrees to execute and cause to be executed such additional instruments as may be necessary or desirable to confirm the transfer of rights as herein contemplated, to record the transfer of rights in the United States and throughout the world, and to permit ASSIGNEE, and ASSIGNEE's successors, legal representatives and assigns to enforce the PATENT PROPERTY.

IN WITNESS WHEREOF, ASSIGNOR has caused this instrument to be executed and delivered to ASSIGNEE this ___9th___ day of __December__, 20_03_ in the State of __Connecticut__

By: _____
Richard A. Terwilliger

Page 5 of 5
Attorney Docket No.: WORLD-00300US0 SRM
C:\DOCUMENTS AND SETTINGS\RICK TERWILLIGER\DESKTOP\ASSIGNMENT-001.DOC

PATENT
REEL: 014227 FRAME: 0305

State of _Connecticut_
County of _New Haven_

On _Dec. 9, 2003_ before me, _Dana Radila_,
(name and title of officer)

personally appeared _____, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature _[signature]_  ex 7-31-07

****************************************************************

Page 6 of 5
Attorney Docket No.: WORLD-00300US0 SRM
C:\DOCUMENTS AND SETTINGS\RICK TERWILLIGER\DESKTOP\ASSIGNMENT-001.DOC

| Form PTO-1595 (Rev. 10/02) OMB No. 0651-0027 (exp. 6/30/2005) | RECORDATION FORM COVER SHEET **PATENTS ONLY** | U.S. DEPARTMENT OF COMMERCE U.S. Patent and Trademark Office |

Tab settings ⇨ ⇨ ⇨

To the Honorable Commissioner of Patents and Trademarks: Please record the attached original documents or copy thereof.

| 1. Name of conveying party(ies): Richard A. Terwilliger  Additional name(s) of conveying party(ies) attached? ☐ Yes ☑ No | 2. Name and address of receiving party(ies) Name: IdeaMatrix, Inc. Internal Address: _____ Street Address: P.O. Box 2777 City: Estes Park  State: CO  Zip: 80517 Additional name(s) & address(es) attached? ☐ Yes ☑ No |

3. Nature of conveyance:
☑ Assignment      ☐ Merger
☐ Security Agreement  ☐ Change of Name
☐ Other_____

Execution Date: 12/09/2003

4. Application number(s) or patent number(s):
If this document is being filed together with a new application, the execution date of the application is:_____
A. Patent Application No.(s) see Exhibit A          B. Patent No.(s) see Exhibit A

Additional numbers attached? ☑ Yes ☐ No

| 5. Name and address of party to whom correspondence concerning document should be mailed: Name: Sheldon R. Meyer Internal Address: _____ Fliesler Dubb Meyer & Lovejoy LLP Fourth Floor Street Address: Four Embarcadero Center City: San Francisco  State: CA  Zip: 94111 | 6. Total number of applications and patents involved: 21 7. Total fee (37 CFR 3.41)............$ 840.00 ☐ Enclosed ☑ Authorized to be charged to deposit account 8. Deposit account number: 06-1325 |

**DO NOT USE THIS SPACE**

9. Signature.

Sheldon R. Meyer                [signature]              12/31/03
Name of Person Signing          Signature                Date

Total number of pages including cover sheet, attachments, and documents: 11

Mail documents to be recorded with required cover sheet information to:
Commissioner of Patents & Trademarks, Box Assignments
Washington, D.C. 20231

700058765

**PATENT
REEL: 014227 FRAME: 0296**

# EXHIBIT A

1. U.S. Provisional Application No. 60/336,329
   Filed: November 2, 2001
   Inventors: Richard A. Terwilliger and Gary A. Lamoureux
   Title: "Delivery System for Interstitial Radiation Therapy"
   Attorney Docket No.: WORLD-01000US0

2. U.S. Patent Application No. 10/035,083
   Filed: December 28, 2001
   Inventors: Richard A. Terwilliger and Gary A. Lamoureux
   Title: "Delivery System and Method for Interstitial Radiation Therapy"
   Attorney Docket No.: WORLD-01000US1

3. U.S. Provisional Application No. 60/360,241
   Filed: February 26, 2002
   Inventors: Richard A. Terwilliger and Gary A. Lamoureux
   Title: "Delivery System and Method for Interstitial Radiation Therapy Using Seed Strands Constructed With Preformed Strand Housing"
   Attorney Docket No.: WORLD-01000US2

4. U.S. Provisional Application No. 60/360,237
   Filed: February 26, 2002
   Inventors: Richard A. Terwilliger and Gary A. Lamoureux
   Title: "System for Manufacturing Interstitial Radiation Therapy Seed Strands"
   Attorney Docket No.: WORLD-01000US3

5. U.S. Provisional Application No. 60/360,272
   Filed: February 26, 2002
   Inventors: Richard A. Terwilliger and Gary A. Lamoureux
   Title: "Delivery System and Method for Interstitial Radiation Therapy Using Strands Constructed with Extruded Strand Housings"
   Attorney Docket No.: WORLD-01000US4

6. U.S. Patent Application No. 10/162,548
   Filed: June 4, 2002
   Inventors: Richard A. Terwilliger and Gary A. Lamoureux
   Title: "Delivery System and Method for Interstitial Radiation Therapy Using Seed Strands Constructed with Preformed Strand Housing"
   Attorney Docket No.: WORLD-01000US5

7. U.S. Patent Application No. 10/162,546
   Filed: June 4, 2002
   Inventors: Richard A. Terwilliger and Gary A. Lamoureux
   Title: "System for Manufacturing Interstitial Radiation Therapy Seed Strands"
   Attorney Docket No.: WORLD-01000US6

PATENT
REEL: 014227 FRAME: 0297

## EXHIBIT A

8.  U.S. Patent Application No. 10/162,006
    Filed: June 4, 2002
    Inventors: Richard A. Terwilliger and Gary A. Lamoureux
    Title: "Delivery System and Method for Interstitial Radiation Therapy Using Strands Constructed with Extruded Strand Housings"
    Attorney Docket No.: WORLD-01000US7

9.  U.S. Patent Application No. 10/397,940
    Filed: March 26, 2003
    Inventors: Richard A. Terwilliger and Gary A. Lamoureux
    Title: "Delivery System and Method for Interstitial Radiation Therapy"
    Attorney Docket No.: WORLD-01000US8

10. U.S. Provisional Application No. 60/469,940
    Filed: May 13, 2003
    Inventors: Richard A. Terwilliger and Gary A. Lamoureux
    Title: "Delivery System and Method for Interstitial Radiation Therapy Using Seed Strands with Custom End Spacing"
    Attorney Docket No.: WORLD-01000US9

11. U.S. Provisional Application No. 60/523,501
    Filed: November 19, 2003
    Inventors: Richard A. Terwilliger and Gary A. Lamoureux
    Title: Delivery System and Prescription Method for Interstitial Radiation Therapy Using Enhanced Parametric Release Sterilization Techniques"
    Attorney Docket No.: WORLD-01000USA

12. U.S. Patent Application No. 10/619,928
    Filed: July 15, 2003
    Inventors: Richard A. Terwilliger and Gary A. Lamoureux
    Title: "Delivery System and Method for Interstitial Radiation Therapy Using Seed Strands with Custom End Spacing"
    Attorney Docket No.: WORLD-01000USB

13. U.S. Patent Application No. 10/705,133
    Filed: November 10, 2003
    Inventors: Richard A. Terwilliger and Gary A. Lamoureux
    Title: "Delivery System and Method for Interstitial Radiation Therapy Using Seed Strands Constructed with Preformed Strand Housing"
    Attorney Docket No.: WORLD-01000USD

14. U.S. Provisional Application No. 60/360,299
    Filed: February 26, 2002
    Inventors: Richard A. Terwilliger and Gary A. Lamoureux
    Title: "Delivery System and Method for Interstitial Radiation Therapy Using Seed Elements with Ends Having One of Projections and Indentations"
    Attorney Docket No.: WORLD-01003US0

2

## EXHIBIT A

15.   U.S. Patent Application No. 10/162,547
      Filed: June 4, 2002
      Inventors: Richard A. Terwilliger and Gary A. Lamoureux
      Title: "Delivery System and Method for Interstitial Radiation Therapy Using Seed Elements with Ends Having One of Projections and Indentations"
      Attorney Docket No.: WORLD-01003US1

16.   U.S. Provisional Application No. 60/360,260
      Filed: February 26, 2002
      Inventors: Richard A. Terwilliger and Gary A. Lamoureux
      Title: "Improved Delivery for Interstitial Radiotherapy Using Hollow Seeds"
      Attorney Docket No.: WORLD-01004US0

17.   U.S. Patent Application No. 10/132,930
      Filed: April 26, 2002
      Inventors: Richard A. Terwilliger and Gary A. Lamoureux
      Title: "Improved Delivery System and Method for Interstitial Radiotherapy Using Hollow Seeds"
      Attorney Docket No.: WORLD-01004US1

18.   U.S. Patent Application No. 10/716,328
      Filed: November 18, 2003
      Inventors: Richard A. Terwilliger and Gary A. Lamoureux
      Title: "Improved Delivery for Interstitial Using Hollow Seeds"
      Attorney Docket No.: WORLD-01004US2

19.   U.S. Patent Application No. 10/716,333
      Filed: November 18, 2003
      Inventors: Richard A. Terwilliger and Gary A. Lamoureux
      Title: "Improved Delivery for Interstitial Using Hollow Seeds"
      Attorney Docket No.: WORLD-01004US3

20.   U.S. Patent No. 6,554,760
      Issued: April 29, 2003
      U.S. Patent Application No. 09/983,463
      Filed: October 24, 2001
      Inventors: Gary A. Lamoureux and Richard A. Terwilliger
      Title: "Pre-Loaded Needle Assembly"
      Attorney Docket No.: WORLD-01006US0

3

## EXHIBIT A

U.S. Patent Application No. 10/682,359
Filed: October 9, 2003
Inventors: Richard A. Terwilliger and Gary A. Lamoureux
Title: "Shielded Transport for Multiple Brachytherapy Implants with Integrated Measuring and Cutting Board"
Attorney Docket No.: WORLD-01011US0

4