UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WORLD WIDE MEDICAL TECHNOLOGIES, LLC, ADVANCED CARE PHARMACY, INC. GARY A. LAMOUREAUX and RICHARD A. TERWILLIGER,<br><br>    Plaintiffs,<br><br>v.<br><br>ANTHONY D. BISCOTTI and NUCLEAR CONSULTANTS GROUP, INC.,<br><br>    Defendants. | Docket No. 04-11619-NG |

## AFFIDAVIT OF COMPLIANCE WITH RULE 11 SERVICE REQUIREMENTS

1.  My name is John F. Tocci, Esq. and I am the attorney for the defendants in the above-referenced matter, Anthony D. Biscotti and Nuclear Consultants Group, Inc. (the "Defendants").

2.  On or about December 13, 2005 I served upon the plaintiffs to the above-referenced matter, World Wide Medical Technologies, LLC ("WW"), Advanced Care Pharmacy, Inc. ("ACP"), Gary Lamoureux and Richard A. Terwilliger (collectively the "Plaintiffs"), by United States first class, postage pre-paid, mail, a copy of the Defendants' Motion for Rule 11 Sanctions and Memorandum in Support of Motion for Rule 11 Sanctions (collectively the "Motion") in compliance with Federal Rule of Civil Procedure 11(c)(1)(A).

3.  Plaintiffs' counsel twice requested extensions of time to file an opposition to the Motion.

4. As a courtesy, I agreed to extend the Plaintiffs' deadline for filing an opposition to the Motion to February 3, 2006.

5. I did not receive an opposition to the Motion on February 3, 2006 and have not received an opposition through today's date – February 13, 2006.

6. The Plaintiffs, moreover, have not withdrawn the offending patent claims during this period and, in fact, have filed a Motion to Amend Complaint in an effort to salvage the defective patent claims.

7. In light of the Plaintiffs' failure to withdraw the offending claims or serve an opposition to the Defendants' Motion, the Motion for Sanctions should be allowed.

**SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 13TH DAY OF FEBRUARY, 2006.**

.
                                  /S/ John F. Tocci
                                  John F. Tocci, Esq., BBO# 562139