UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# ORDER OF REFERENCE

**World Wide Medical Tech, LLC**

    v.

                                                      CA/CR No. 04-11619 -NG

**Anthony Biscotti, et al**

                                                      Criminal Category

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge **DEIN** for the following proceedings:

( )        Referred for full pretrial case management, including all dispositive motions.

( )        Referred for full pretrial case management, not including dispositive motions:

(A)        Referred for discovery purposes only.

(B)        **Referred for Report and Recommendation on:**

                ( ) Motion(s) for injunctive relief
                ( ) Motion(s) for judgment on the pleadings
                ( ) Motion(s) for summary judgment
                ( ) Motion(s) to permit maintenance of a class action
                ( ) Motion(s) to suppress evidence
                **(XX) Motion(s) to dismiss**
                ( ) Post Conviction Proceedings[1]
                See Documents Numbered:

(C)        Case referred for events only. See Doc. No(s).

(D)        Case referred for settlement.

(E)        Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
                ( ) In accordance with Rule 53, F.R.Civ.P.
                ( ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(F)        **Special Instructions:**

2/14/05                                                    By:    s/ Maryellen Molloy
Date                                                                  Deputy Clerk

---

[1]