UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| WORLD WIDE MEDICAL TECHNOLOGIES LLC, et al., | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. 04-11619-NG |
| v. | ) ) | |
| ANTHONY D. BISCOTTI, et al., | ) ) | |
| Defendants. | ) | |

## **SCHEDULING ORDER**

Following a status conference held today pursuant to Fed. R. Civ. P. 16(a), the court hereby ORDERS as follows:

1. By **March 3, 2006**, plaintiff Richard A. Terwilliger shall notify the court as to whether he will be proceeding with separate counsel in this case, and shall identify any such counsel.

2. If Mr. Terwilliger does not choose to proceed with separate counsel, the defendants shall file their opposition to the plaintiffs' motion to amend by **March 10, 2006**.

3. If Mr. Terwilliger chooses to proceed with separate counsel, he shall file, by **March 17, 2006**, any responses to the pending motions to dismiss, to amend, and for sanctions pursuant to Fed. R. Civ. P. 11.

4. By **March 24, 2006**, the parties shall file responses to any papers filed by Mr. Terwilliger.

5. Discovery shall be stayed pending resolution of the motions currently pending before the court.

6. A hearing shall take place on **April 12, 2006 at 10:00 a.m.** in Courtroom #15 on the 5th floor. At that time, the parties shall be prepared to present oral argument on the motions to dismiss, to amend and for sanctions pursuant to Fed. R. Civ. P. 11.

        / s / Judith Gail Dein
        Judith Gail Dein
        United States Magistrate Judge

Dated: February 15, 2006