UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| WORLD WIDE MEDICAL, TECHNOLOGIES LLC, ADVANCED CARE PHARMACY LLC., GARY A. LAMOUREUX and RICHARD A. TERWILLIGER, | : : : : : : | |
| Plaintiffs, | : : : : : : : : : : | Docket No. 04-11619-NG |
| v. | | |
| ANTHONY D. BISCOTTI and NUCLEAR CONSULTANTS GROUP, INC., | | |
| Defendant. | | March 3, 2006 |

**NOTICE OF APPEARANCE**

Kindly enter the appearance of John T. Gutkoski, on behalf of the Plaintiff Richard A. Terwilliger, in connection with the above-captioned action.

                                                PLAINTIFF,
                                                RICHARD A. TERWILLIGER,
                                                By his attorneys,

                                                 /s/ John T. Gutkoskil
                                                John T. Gutkoski (BBO #567182)
                                                DAY, BERRY & HOWARD LLP
                                                One International Place
                                                Boston, MA 02110
                                                Tel.: (617) 345-4600
                                                Fax: (617) 345-4745
                                                E-mail: jtgutoski@dbh.com

## CERTIFICATE OF SERVICE

     I, John T. Gutkoski, hereby certify that on the 3rd day of March, 2006, I served a true and correct copy of the foregoing via first class mail upon John F. Tocci, Esq., Tocci, Goss & Lee, P.C., 35 India Street, 5th Floor, Boston, MA 02110 and George R. Moore and Mark J. Sampson, Devine, Millimet & Branch Professional Association, P.O. Box 39, 300 Brickstone Square, Andover, MA  01810.

                                                      /s/ John T. Gutkoski
                                                  John T. Gutkoski