UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| WORLD WIDE MEDICAL, TECHNOLOGIES LLC, ADVANCED CARE PHARMACY LLC., GARY A. LAMOUREUX and RICHARD A. TERWILLIGER, | : : : : : : | |
| Plaintiffs, | : : : | Docket No. 04-11619-NG |
| v. | : : | |
| ANTHONY D. BISCOTTI and NUCLEAR CONSULTANTS GROUP, INC., | : : : : | |
| Defendant. | : | March 3, 2006 |

### NOTICE OF APPEARANCE

Kindly enter the appearance of Alexandra C. Fennell, on behalf of the Plaintiff Richard A. Terwilliger, in connection with the above-captioned action.

PLAINTIFF,
RICHARD A. TERWILLIGER,
By his attorneys,

   /s/ Alexandra C. Fennell
Alexandra C. Fennell (BBO #658692)
DAY, BERRY & HOWARD LLP
One International Place
Boston, MA 02110
Tel.: (617) 345-4600
Fax: (617) 345-4745
E-mail: afennell@dbh.com

-2-

## CERTIFICATE OF SERVICE

      I, Alexandra C. Fennell, hereby certify that on the 3rd day of March, 2006, I served a true and correct copy of the foregoing via first class mail upon John F. Tocci, Esq., Tocci, Goss & Lee, P.C., 35 India Street, 5th Floor, Boston, MA 02110 and George R. Moore and Mark J. Sampson, Devine, Millimet & Branch Professional Association, P.O. Box 39, 300 Brickstone Square, Andover, MA  01810.

                                                 /s/ Alexandra C. Fennell
                                                Alexandra C. Fennell