UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| WORLD WIDE MEDICAL, TECHNOLOGIES LLC, ADVANCED CARE PHARMACY LLC., GARY A. LAMOUREUX and RICHARD A. TERWILLIGER, | : : : : : : | |
| Plaintiffs, | : : | Docket No. 04-11619-NG |
| v. | : : | |
| ANTHONY D. BISCOTTI and NUCLEAR CONSULTANTS GROUP, INC., | : : : | |
| Defendant. | : : | March 3, 2006 |

## NOTICE REGARDING SCHEDULING ORDER

As ordered in the February 15, 2006 Scheduling Order entered in this case, Richard A. Terwilliger, named plaintiff, hereby notifies the court that he intends to proceed with separate counsel, namely Day, Berry & Howard LLP, by the undersigned, and Gibson, Dunn & Crutcher LLP, by Christopher D. Dusseault and Carol M. Silberberg, who shall appear by motion for *pro hac vice* admission.

        PLAINTIFF,
        RICHARD A. TERWILLIGER,
        By his attorneys,


        /s/ Alexandra C. Fennell
        Alexandra C. Fennell (BBO #658692)
        John T. Gutkoski (BBO #567182)
        DAY, BERRY & HOWARD LLP
        One International Place
        Boston, MA 02110
        Tel.: (617) 345-4600
        Fax: (617) 345-4745
        E-mail: afennell@dbh.com
        E-mail: jtgutoski@dbh.com


## CERTIFICATE OF SERVICE

    I, Alexandra C. Fennell, hereby certify that on the 3rd day of March, 2006, I served a true and correct copy of the foregoing via first class mail upon John F. Tocci, Esq., Tocci, Goss & Lee, P.C., 35 India Street, 5th Floor, Boston, MA 02110 and George R. Moore and Mark J. Sampson, Devine, Millimet & Branch Professional Association, P.O. Box 39, 300 Brickstone Square, Andover, MA 01810.


        /s/ Alexandra C. Fennell
        Alexandra C. Fennell