UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WORLD WIDE MEDICAL TECHNOLOGIES, LLC, ADVANCED CARE PHARMACY, INC., GARY A. LAMOUREUX, AND RICHARD A. TERWILLIGER,<br>　　　　Plaintiffs,<br><br>v.<br><br>ANTHONY D. BISCOTTI AND NUCLEAR CONSULTANTS GROUP, INC.<br>　　　　Defendants. | CIVIL ACTION NO.: 04-11619-NG |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Kindly enter our withdrawal of appearance on behalf of the plaintiff, Richard A. Terwilliger. Successor counsel, John T. Gutkoski and Alexandra C. Fennell, have already filed their appearances on behalf of Terwilliger.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　WORLD WIDE MEDICAL
　　　　　　　　　　　　　　　　　　　　TECHNOLOGIES, LLC, ADVANCED
　　　　　　　　　　　　　　　　　　　　CARE PHARMACY, INC., GARY A.
　　　　　　　　　　　　　　　　　　　　LAMOUREUX,

　　　　　　　　　　　　　　　　　　　　By their Attorneys,

　　　　　　　　　　　　　　　　　　　　 /s/ George R. Moore
　　　　　　　　　　　　　　　　　　　　George R. Moore, BBO #656102

　　　　　　　　　　　　　　　　　　　　 /s/ Mark J. Sampson
　　　　　　　　　　　　　　　　　　　　Mark J. Sampson, BBO #552808
　　　　　　　　　　　　　　　　　　　　DEVINE, MILLIMET & BRANCH, PA
　　　　　　　　　　　　　　　　　　　　300 Brickstone Square, P.O. Box 39
　　　　　　　　　　　　　　　　　　　　Andover, MA  01810
　　　　　　　　　　　　　　　　　　　　(978) 475-9100

{14154\69301\A0108390.1}

2

**<u>CERTIFICATE OF SERVICE</u>**

      I, George R. Moore, Esq., hereby certify that a true copy of this document was served upon the attorney of record for each party by United States First Class Mail, postage prepaid, on March 8, 2006.

                                                             /s/ George R. Moore
                                                          George R. Moore, BBO #656102