UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WORLD WIDE MEDICAL, TECHNOLOGIES LLC, ADVANCED CARE PHARMACY LLC., GARY A. LAMOUREUX and RICHARD A. TERWILLIGER, <br><br> Plaintiffs, <br><br> v. <br><br> ANTHONY D. BISCOTTI and NUCLEAR CONSULTANTS GROUP, INC., <br><br> Defendant. | Docket No. 04-11619-NG <br><br> March 8, 2006 |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5.3(b), Plaintiff Richard A. Terwilliger ("Terwilliger") by and through his counsel, respectfully moves this Court to admit Carol M. Silberberg pro hac vice as counsel for Terwilliger in the above-captioned matter. The grounds for this motion are as follows:

1. Ms. Silberberg is a member in good standing of every bar in which she has been admitted to practice. (See Declaration of Carol M. Silberberg ("Silberberg Decl.") attached hereto at ¶ 4.)

2. Ms. Silberberg has been admitted to practice before the Courts of the State of California, the United States District Court for the Central District of California and the Ninth Circuit Court of Appeals. (Silberberg Decl. at ¶ 4.)

3. There are no disciplinary proceedings pending against Ms. Silberberg as a member of the bar of any jurisdiction. (Silberberg Decl. at ¶ 5.)

4. Ms. Silberberg is familiar with the local rules of this Court and the Federal Rules of Civil Procedure. (Silberberg Decl. at ¶ 6.)

5. Ms. Silberberg is familiar with Mr. Terwilliger and the issues in this lawsuit. Ms. Silberberg's appearance and participation in this matter in conjunction with other attorneys from Gibson, Dunn & Crutcher LLP and Day, Berry & Howard LLP are necessary for the proper and effective representation of Mr. Terwilliger. (Silberberg Decl. at ¶ 7.)

6. This motion is made by a member of the bar of this Court who has made an appearance in this matter.

**WHEREFORE**, Mr. Terwilliger, by and through his counsel, moves this Court to admit Carol M. Silberberg pro hac vice in this litigation.

PLAINTIFF,
RICHARD A. TERWILLIGER,
By his attorneys,

/s/ Alexandra C. Fennell
Alexandra C. Fennell (BBO #658692)
DAY, BERRY & HOWARD LLP
One International Place
Boston, MA 02110
Tel.: (617) 345-4600
Fax: (617) 345-4745
E-mail: afennell@dbh.com

-3-

## CERTIFICATE OF SERVICE

I, Alexandra C. Fennell, hereby certify that on the 8th day of March, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to John F. Tocci, Tocci, Goss & Lee, P.C., 35 India Street, 5th Floor, Boston, MA 02110 and George R. Moore and Mark J. Sampson, Devine, Millimet & Branch Professional Association, P.O. Box 39, 300 Brickstone Square, Andover, MA 01810.

                                                    /s/ Alexandra C. Fennell
                                                    Alexandra C. Fennell

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

WORLD WIDE MEDICAL,            :
TECHNOLOGIES LLC,              :
ADVANCED CARE PHARMACY LLC.,   :
GARY A. LAMOUREUX and          :
RICHARD A. TERWILLIGER,        :
                               :
            Plaintiffs,        :
                               :    Docket No. 04-11619-NG
       v.                      :
                               :
ANTHONY D. BISCOTTI and        :
NUCLEAR CONSULTANTS GROUP,     :
INC.,                          :
                               :    March 1, 2006
            Defendant.         :

## **DECLARATION OF CAROL M. SILBERBERG**

I, Carol M. Silberberg, do affirm under penalty of perjury:

1.   I am over 18 years old and believe in the obligations of an oath.

2.   I am an associate at the law firm of Gibson, Dunn & Crutcher LLP, located at 333 South Grand Avenue, Los Angeles, California 90071-3197, telephone number (213) 229-7710, fax number (213) 229-7520. My email address is: CSilberberg@gibsondunn.com.

3.   I make this declaration in support of a motion for admission pro hac vice that is being filed on my behalf by the law firm of Day, Berry & Howard LLP in the above-referenced case.

4.   I am a member of good standing in the bars of the State of California, the United States District Court for the Central District of California and the Ninth Circuit Court of Appeals.

5.   There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

-2-

6. I am familiar with the local rules of this Court and the Federal Rules of Civil Procedure.

7. I am familiar with Mr. Terwilliger and the issues in this lawsuit. My appearance and participation in this matter in conjunction with other attorneys from Gibson, Dunn & Crutcher LLP and Day, Berry & Howard LLP are necessary for the proper and effective representation of Mr. Terwilliger.

8. I state that the information provided in this declaration is true and accurate.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 1ST DAY OF MARCH, 2006.

Carol M. Silberberg