UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WORLD WIDE MEDICAL TECHNOLOGIES, LLC, ADVANCED CARE PHARMACY, INC., GARY A. LAMOUREUX AND RICHARD A. TERWILLIGER<br>　　　　Plaintiffs,<br>v.<br><br>ANTHONY D. BISCOTTI AND NUCLEAR CONSULTANTS GROUP, INC.<br>　　　　Defendants. | Docket No. 04-11619-NG |

**STIPULATION TO EXTEND ANY AND ALL DEADLINES
RELATING TO DEFENDANTS' MOTION TO DISMISS**

The parties in the above-captioned matter, the plaintiffs World Wide Medical Technologies, LLC, Advanced Care Pharmacy, Inc., Gary A. Lamoureux and Richard A. Terwilliger (the "Plaintiffs"), and the defendants Anthony D. Biscotti and Nuclear Consultants Group, Inc. (the "Defendants") (collectively the "Parties"), hereby jointly move this Court to extend any and all remaining deadlines referred to on the Court's Order dated February 15, 2006 by fifteen (15) additional days beyond the thirty (30) day extension previously granted by the Court. Thus, all deadlines and hearing dates would now be extended by a total of forty-five (45) days from the dates set forth in the Court's February 15, 2006 Order.

As reasons therefore, the Parties state that they have reached a tentative agreement which may entirely dispose of this matter. The parties require additional time to set forth their agreement in writing.

51338873.1

Finally, the parties submit that allowing this motion shall serve the needs of justice and judicial economy.

Respectfully Submitted,

| | |
|---|---|
| ANTHONY D. BISCOTTI and NUCLEAR CONSULTANTS GROUP, INC. | WORLD WIDE MEDICAL TECHNOLOGIES, LLC, ADVANCED CARE PHARMACY, INC., and GARY A. LAMOUREAUX |
| By their attorneys, | By their attorneys, |
| /S/     John F. Tocci | /S/     Mark J. Sampson |
| John F. Tocci, Esq., BBO# 562139 | George R. Moore, BBO # 656102 |
| Tocci, Goss, & Lee, P.C. | Mark J. Sampson, BBO #552808 |
| 35 India Street, 5th Floor | Devine, Millimet & Branch, PA |
| Boston, MA  02110 | 300 Brickstone Square, 9th Floor |
| (617) 542-6200 | P.O. Box 39 |
| | Andover, MA 01810 |
| | (978) 475-9100 |

RICHARD A. TERWILLIGER

By his attorneys,

| | |
|---|---|
| /S/     Christopher D. Dusseault | /S/     Alexandra C. Fennell |
| Christopher D. Dusseault | Alexandra C. Fennell, BBO#658692 |
| Gibson, Dunn & Crutcher LLP | John T. Gutkoski, BBO# 567182 |
| 333 South Grand Avenue | Day, Berry & Howard LLP |
| Los Angeles, CA 90071-3197 | One International Place |
| (213) 229-7855 | Boston, MA 02110 |
| | (617) 345-4600 |

Dated: April 14, 2006

51338873.1