UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WORLD WIDE MEDICAL TECHNOLOGIES, LLC, ADVANCED CARE PHARMACY, INC., GARY A. LAMOUREUX AND RICHARD A. TERWILLIGER<br>      Plaintiffs,<br>v.<br>ANTHONY D. BISCOTTI AND NUCLEAR CONSULTANTS GROUP, INC.<br>      Defendants. | Docket No. 04-11619-NG |

**STIPULATION TO EXTEND ANY AND ALL DEADLINES
RELATING TO DEFENDANTS' MOTION TO DISMISS**

The parties in the above-captioned matter, the plaintiffs World Wide Medical Technologies, LLC, Advanced Care Pharmacy, Inc., Gary A. Lamoureux and Richard A. Terwilliger (the "Plaintiffs"), and the defendants Anthony D. Biscotti and Nuclear Consultants Group, Inc. (the "Defendants") (collectively the "Parties"), hereby jointly move this Court to extend any and all remaining deadlines referred to in the Court's Order dated February 15, 2006 by fifteen (15) additional days beyond the two extensions previously granted by the Court. The first extension granted by the Court extended all deadlines and hearing dates by thirty (30) days and the second extension extended all deadlines and hearing dates by an additional fifteen (15) days. Thus, all deadlines and hearing dates would now be extended by a total of sixty (60) days from the dates set forth in the Court's February 15, 2006 Order.

51340197.1

As reasons therefore, the Parties state that they have reached a tentative agreement which may entirely dispose of this matter. The parties require additional time to set forth their agreement in writing.

Finally, the parties submit that allowing this motion shall serve the needs of justice and judicial economy.

Respectfully Submitted,

| ANTHONY D. BISCOTTI and NUCLEAR CONSULTANTS GROUP, INC. | WORLD WIDE MEDICAL TECHNOLOGIES, LLC, ADVANCED CARE PHARMACY, INC., and GARY A. LAMOUREAUX |
|---|---|
| By their attorneys, | By their attorneys, |
| /S/    John F. Tocci<br>John F. Tocci, Esq., BBO# 562139<br>Tocci, Goss, & Lee, P.C.<br>35 India Street, 5th Floor<br>Boston, MA  02110<br>(617) 542-6200 | /S/    Mark J. Sampson<br>George R. Moore, BBO # 656102<br>Mark J. Sampson, BBO #552808<br>Devine, Millimet & Branch, PA<br>300 Brickstone Square, 9th Floor<br>P.O. Box 39<br>Andover, MA 01810<br>(978) 475-9100 |

RICHARD A. TERWILLIGER

By his attorneys,

/S/    Christopher D. Dusseault
Christopher D. Dusseault
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-7855

/S/    Alexandra C. Fennell
Alexandra C. Fennell, BBO#658692
John T. Gutkoski, BBO#567182
Day, Berry & Howard LLP
One International Place
Boston, MA 02110
(617) 345-4600

Dated: April 28, 2006

51340197.1