UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WORLD WIDE MEDICAL TECHNOLOGIES, LLC, ADVANCED CARE PHARMACY, INC., GARY A. LAMOUREUX AND RICHARD A. TERWILLIGER<br>      Plaintiffs,<br>v.<br><br>ANTHONY D. BISCOTTI AND NUCLEAR CONSULTANTS GROUP, INC.<br>      Defendants. | Docket No. 04-11619-NG |

## STIPULATION TO EXTEND ANY AND ALL DEADLINES RELATING TO DEFENDANTS' MOTION TO DISMISS

The parties in the above-captioned matter, the plaintiffs World Wide Medical Technologies, LLC, Advanced Care Pharmacy, Inc., Gary A. Lamoureux and Richard A. Terwilliger (the "Plaintiffs"), and the defendants Anthony D. Biscotti and Nuclear Consultants Group, Inc. (the "Defendants") (collectively the "Parties"), hereby jointly move this Court to extend any and all remaining deadlines referred to in the Court's Order dated February 15, 2006 by an additional fourteen (14) days beyond the three extensions previously granted by the Court. The first extension granted by the Court extended all deadlines and hearing dates by thirty (30) days, the second extension granted by the Court extended all deadlines and hearing dates by an additional fifteen (15) days and the third extension granted by the Court extended all deadlines and hearing dates by an additional fifteen (15) days. Thus, all deadlines and hearing dates would now be extended by a total of seventy-four (74) days from the dates set forth in the Court's February 15, 2006 Order.

51341804.1

As reasons therefore, the Parties state that they have reached a tentative agreement which may entirely dispose of this matter. The parties require additional time to set forth their agreement in writing.

Finally, the parties submit that allowing this motion shall serve the needs of justice and judicial economy.

Respectfully Submitted,

| ANTHONY D. BISCOTTI and NUCLEAR CONSULTANTS GROUP, INC. | WORLD WIDE MEDICAL TECHNOLOGIES, LLC, ADVANCED CARE PHARMACY, INC., and GARY A. LAMOUREAUX |
|---|---|
| By their attorneys, | By their attorneys, |
| /S/     John F. Tocci<br>John F. Tocci, Esq., BBO# 562139<br>Tocci, Goss, & Lee, P.C.<br>35 India Street, 5th Floor<br>Boston, MA  02110<br>(617) 542-6200 | /S/     George R. Moore<br>George R. Moore, BBO # 656102<br>Mark J. Sampson, BBO #552808<br>Devine, Millimet & Branch, PA<br>300 Brickstone Square, 9th Floor<br>P.O. Box 39<br>Andover, MA 01810<br>(978) 475-9100 |

RICHARD A. TERWILLIGER

By his attorneys,

/S/     Christopher D. Dusseault  
Christopher D. Dusseault  
Gibson, Dunn & Crutcher LLP  
333 South Grand Avenue  
Los Angeles, CA 90071-3197  
(213) 229-7855  

Dated: May 16, 2006

/S/     Alexandra C. Fennell  
John T. Gutkoski, BBO#567182  
Alexandra C. Fennell, BBO#658692  
Day, Berry & Howard LLP  
One International Place  
Boston, MA 02110  
(617) 345-4600

51341804.1