UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WORLD WIDE MEDICAL TECHNOLOGIES, LLC, ADVANCED CARE PHARMACY, INC., GARY A. LAMOUREUX AND RICHARD A. TERWILLIGER<br>     Plaintiffs,<br>v.<br><br>ANTHONY D. BISCOTTI AND NUCLEAR CONSULTANTS GROUP, INC.<br>     Defendants. | Docket No. 04-11619-NG |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF
PLAINTIFF RICHARD A. TERWILLIGER'S CLAIMS AND
DEFENDANTS' COUNTERCLAIMS AGAINST RICHARD A. TERWILLIGER
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**

The parties in the above-captioned matter, the plaintiffs World Wide Medical Technologies, LLC, Advanced Care Pharmacy, Inc., Gary A. Lamoureux and Richard A. Terwilliger, and the defendants Anthony D. Biscotti and Nuclear Consultants Group, Inc. (the "Defendants") (collectively the "Parties"), by and through their respective counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby stipulate that Mr. Terwilliger's claims against the Defendants and the Defendants' claims against Mr. Terwilliger may be dismissed without prejudice. Mr. Terwilliger and Defendants will each bear their own costs and attorneys' fees.

The parties request that the Court enter an order dismissing Mr. Terwilliger's claims against the Defendants and the Defendants' counterclaims against Mr. Terwilliger in accordance with this Stipulation.

Respectfully Submitted,

| | |
|---|---|
| ANTHONY D. BISCOTTI and NUCLEAR CONSULTANTS GROUP, INC. | WORLD WIDE MEDICAL TECHNOLOGIES, LLC, ADVANCED CARE PHARMACY, INC., and GARY A. LAMOUREAUX |
| By their attorneys, | By their attorneys, |
| /s/ John F. Tocci | /s/ George R. Moore |
| John F. Tocci, Esq., BBO# 562139 Tocci, Goss, & Lee, P.C. 35 India Street, 5th Floor Boston, MA  02110 (617) 542-6200 | George R. Moore, BBO # 656102 Mark J. Sampson, BBO #552808 Devine, Millimet & Branch, PA 300 Brickstone Square, 9th Floor P.O. Box 39 Andover, MA 01810 (978) 475-9100 |
| RICHARD A. TERWILLIGER | |
| By his attorneys, | |
| /s/ Christopher D. Dusseault | /s/ John T. Gutkoski |
| Christopher D. Dusseault Gibson, Dunn & Crutcher LLP 333 South Grand Avenue Los Angeles, CA 90071-3197 (213) 229-7855 | John T. Gutkoski, BBO#567182 Alexandra C. Fennell, BBO#658692 Day, Berry & Howard LLP One International Place Boston, MA 02110 (617) 345-4600 |

Dated: June 30, 2006

**IT IS SO ORDERED**

_____, 2006

_____
Honorable Nancy Gertner
United States District Court Judge