## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WORLD WIDE MEDICAL TECHNOLOGIES, LLC, ADVANCED CARE PHARMACY, INC. GARY A. LAMOUREAUX and RICHARD A. TERWILLIGER, <br><br>    Plaintiffs, <br>v. <br><br>ANTHONY D. BISCOTTI and NUCLEAR CONSULTANTS GROUP, INC., <br><br>    Defendants. | ) ) ) ) ) ) ) ) )    Docket No. 04-11619-NG ) ) ) ) ) ) |

### JOINT MOTION TO CONTINUE HEARING DATE

The parties to the above-captioned matter hereby jointly move the Court to continue the hearing on defendants' Motion to Dismiss Patent Claims, Motion for Sanctions Pursuant to Rule 11, and the plaintiffs' Motion to Amend Complaint To Join Ideamatrix, Inc. as a Plaintiff, currently scheduled to take place on August 31 at 2:45 p.m. before Magistrate Judge Dein. As reasons therefore, the parties state that a continuance is necessary to accommodate counsel vacation and travel plans. The parties suggest that the Court re-schedule the hearing for September 7 or 14, 2006.

| | |
|---|---|
| Respectfully Submitted, | Respectfully Submitted, |
| ANTHONY D. BISCOTTI and NUCLEAR CONSULTANTS GROUP, INC. | WORLD WIDE MEDICAL TECHNOLOGIES, LLC, ADVANCED CARE PHARMACY, INC., GARY A. LAMOUREAUX and RICHARD A. TERWILLIGER |
| By their attorneys, | By their attorneys, |
| /S/ John F. Tocci | /S/George R. Moore |
| John F. Tocci, Esq., BBO# 562139 | George R. Moore, BBO # 656102 |
| Tocci, Goss & Lee, P.C. | Mark J. Sampson, BBO #552808 |
| 35 India Street, 5th Floor | Devine, Millimet & Branch, PA |
| Boston, MA  02110 | 300 Brickstone Square, 9th Floor |
| (617) 542-6200 | P.O. Box 39 |
| | Andover, MA 01810 |
| | (978) 475-9100 |

Dated: August 3, 2006