UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WORLD WIDE MEDICAL TECHNOLOGIES, LLC, ADVANCED CARE PHARMACY, INC., GARY A. LAMOUREUX, AND RICHARD A. TERWILLIGER,<br>       Plaintiffs,<br><br>v.<br><br>ANTHONY D. BISCOTTI AND NUCLEAR CONSULTANTS GROUP, INC.<br>       Defendants. | CIVIL ACTION NO.:  04-11619-NG |

## NOTICE OF WITHDRAWAL OF APPEARANCE
## OF MARK J. SAMPSON

NOW COMES Mark J. Sampson, an attorney of record for Plaintiffs, World Wide Medical Technologies, LLC, Advanced Care Pharmacy, Inc., and Gary A. Lamoureux, hereby withdraws his appearance on behalf of those Plaintiffs.  The law firm of Devine, Millimet & Branch, P.A., through Attorney George R. Moore, will continue to represent the above-named Plaintiffs in this matter.

                                                                            Respectfully submitted,

Dated:  August 19, 2006                          /s/Mark J. Sampson
                                                                            Mark J. Sampson, BBO #552808
                                                                            DEVINE, MILLIMET & BRANCH, P.A.
                                                                            300 Brickstone Square, 9th Floor
                                                                            P.O. Box 39
                                                                            Andover, MA  01810
                                                                            (978) 475-9100

{14154\69301\A0117872.1}