UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **WORLD WIDE MEDICAL TECHNOLOGIES, LLC, ADVANCED CARE PHARMACY, INC. GARY A. LAMOUREAUX and RICHARD A. TERWILLIGER,** | ) ) ) ) ) ) ) | |
| **Plaintiffs,** | ) ) | |
| **v.** | ) ) | **Docket No. 04-11619-NG** |
| **ANTHONY D. BISCOTTI and NUCLEAR CONSULTANTS GROUP, INC.,** | ) ) ) | |
| **Defendants.** | ) ) | |

## JOINT MOTION TO CONTINUE HEARING DATE

The parties to the above-captioned matter hereby jointly move the Court to

continue the hearing on defendants' Motion to Dismiss Patent Claims, Motion for

Sanctions Pursuant to Rule 11, and the plaintiffs' Motion to Amend Complaint To Join

Ideamatrix, Inc. as a Plaintiff, currently scheduled to take place on September 7, 2006 at

2:45 p.m. before Magistrate Judge Dein.  As reasons therefore, the parties state that they

have reached a settlement of the case but require additional time to complete the

settlement procedure.  The parties anticipate filing a stipulation of dismissal of this action

within thirty days.  The parties therefore suggest that the Court continue the hearing date

for thirty days which should provide the parties with ample time to complete the

settlement procedure and stipulate to the dismissal of the case.

Respectfully Submitted,                          Respectfully Submitted,

ANTHONY D. BISCOTTI and                          WORLD WIDE MEDICAL
NUCLEAR CONSULTANTS                              TECHNOLOGIES, LLC,
GROUP, INC.                                      ADVANCED CARE PHARMACY, INC.,
                                                 GARY A. LAMOUREAUX and
                                                 RICHARD A. TERWILLIGER

By their attorneys,                              By their attorneys,


____/S/ John F. Tocci____                        ____/S/George R. Moore____
John F. Tocci, Esq., BBO# 562139                 George R. Moore, BBO # 656102
Tocci, Goss & Lee, P.C.                          Devine, Millimet & Branch, PA 35 India
Street, 5th Floor                                300 Brickstone Square, 9th Floor
Boston, MA  02110                                P.O. Box 39
(617) 542-6200                                   Andover, MA 01810
                                                 (978) 475-9100


Dated: September 7, 2006