UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WORLD WIDE MEDICAL TECHNOLOGIES, LLC, ADVANCED CARE PHARMACY, INC. GARY A. LAMOUREAUX and RICHARD A. TERWILLIGER,<br><br>**Plaintiffs,**<br>v.<br><br>ANTHONY D. BISCOTTI and NUCLEAR CONSULTANTS GROUP, INC.,<br><br>**Defendants.** | Docket No. 04-11619-NG |

## STIPULATION OF DISMISSAL

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(ii), the following parties to the above-captioned action, World Wide Medical Technologies, LLC, Advanced Care Pharmacy, Inc., Gary A. Lamoureaux, Anthony D. Biscotti and Nuclear Consultants Group, Inc., hereby stipulate that all claims asserted, or which could have been asserted, in this action against each other be dismissed with prejudice and without costs. **The Plaintiff Richard A. Terwilliger is not a party to this Stipulation of Dismissal as he has previously been dismissed from this action as have his claims against the Defendants.**

| | |
|---|---|
| Respectfully Submitted, | Respectfully Submitted, |
| ANTHONY D. BISCOTTI and NUCLEAR CONSULTANTS GROUP, INC. | WORLD WIDE MEDICAL TECHNOLOGIES, LLC, ADVANCED CARE PHARMACY, INC., GARY A. LAMOUREAUX |
| By their attorneys, | By their attorneys, |
| /s/ John F. Tocci | /s/ George R. Moore |
| John F. Tocci, Esq., BBO# 562139<br>Tocci, Goss & Lee, P.C.<br>35 India Street, 5th Floor<br>Boston, MA 02110<br>(617) 542-6200 | George R. Moore, BBO # 656102<br>Devine, Millimet & Branch, PA<br>300 Brickstone Square, 9th Floor<br>P.O. Box 39<br>Andover, MA 01810<br>(978) 475-9100 |

Dated: October 2, 2006